# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * *
**UNITED STATES FIRE INSURANCE CO.** *
*
**Plaintiff,** *
*
**v.** *
*
**UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * *

**No. 03-2811**
**Filed: February 20, 2004**

## O R D E R

The court is in receipt of defendant's unopposed motion for an enlargement of time of thirty days, to and including March 11, 2004, within which to file defendant's responsive pleading to the plaintiff's complaint. Defendant's motion for an enlargement of time is **GRANTED**, and defendant shall file its responsive pleading, as requested, on or before **Thursday, March 11, 2004**.

If the defendant intends to file a motion to dismiss instead of an answer, the defendant shall so notify the court well in advance of filing such a motion. Prior to either party filing a motion for summary judgment, a status conference will be scheduled to determine whether summary judgment is appropriate and to set a schedule for filing joint stipulations of fact to be used in the summary judgment proceedings.

**IT IS SO ORDERED.**

**s/ MARIAN BLANK HORN**
**MARIAN BLANK HORN**
**Judge**