IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2811C<br>(Judge Horn) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time within which to file and to serve its response to the complaint. The United States respectfully requests that it be permitted 21 days after the Court determines whether the United States should be permitted to file a motion to dismiss. Our response is currently due on March 11, 2004. We notified plaintiff's counsel of our intent to request an enlargement of time, and he informed us that plaintiff will not oppose this motion. The Court previously granted an enlargement of time of 30 days for this purpose.

In the Court's February 20, 2004 order, which granted the previous motion for enlargement of time, the Court stated "If defendant intends to file a motion to dismiss instead of an answer, the defendant shall so notify the court well in advance of filing such a motion." A motion to dismiss should be filed in this case and the United States is attaching a memorandum that explains the basis for such a motion.

For the foregoing reasons, we respectfully request that this motion be granted and the time for responding to the complaint be enlarged until 21 days after the Court decides whether a motion to dismiss should be filed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

Of Counsel:

MAJOR GRAEME S. HENDERSON
Attorney
Department of the Air Force
AFSLA/JACN
1501 Wilson Boulevard,
Suite 606
Arlington, VA 22209-2403

March 11, 2004