# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **UNITED STATES FIRE INSURANCE CO.** | * | |
| **Plaintiff,** | * | **No. 03-2811** |
| | * | **Filed: March 19, 2004** |
| **v.** | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of defendant's unopposed motion for an enlargement of time within which to file defendant's responsive pleading to the plaintiff's complaint. The court is also in receipt of defendant's notification to the court regarding its intention to file a motion to dismiss or a partial motion to dismiss in lieu of an answer. The defendant's motion for enlargement requests twenty-one days from this court's determination regarding whether a motion to dismiss is appropriate at this time.

To discuss the status of the case, the court, hereby, **SCHEDULES** a status conference to be held on **Thursday, April 1, 2004, at 10:30 a.m.** The parties shall appear by telephone. The court will determine at the telephone status conference the date upon which defendant shall file its responsive pleading.

**IT IS SO ORDERED.**

**s/ MARIAN BLANK HORN**
**MARIAN BLANK HORN**
**Judge**