# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **UNITED STATES FIRE INSURANCE CO.** | * | |
| **Plaintiff,** | * | **No. 03-2811** |
| | * | **Filed: April 1, 2004** |
| **v.** | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court held a preliminary status conference on Thursday, April 1, 2004, with the parties appearing by telephone. At the status conference, the court determined that filing a motion to dismiss in lieu of an answer may be appropriate at this time. The parties shall **FILE** their briefs relating to the motion to dismiss according to the schedule set forth at the status conference and as noted in this order.

The plaintiff shall file its first amended complaint on or before **Thursday, April 8, 2004**. The defendant shall file its motion to dismiss on or before **Thursday, April 22, 2004**. The plaintiff shall file its response to defendant's motion to dismiss on or before **Thursday, May 6, 2004**. The defendant shall file its reply, if one is necessary, on or before **Thursday, May 13, 2004**.

**IT IS SO ORDERED.**

**s/ MARIAN BLANK HORN**
**MARIAN BLANK HORN**
**Judge**