# EXHIBIT A

DEPARTMENT OF THE AIR FORCE
305TH SUPPORT GROUP (AMC)

U.S. AIR FORCE
1947 - 1997

Date: 19 May 1998

Memorandum for LGCC
ATTN: Don Bruce

From: 305TH CES/CECE
3209 West Arnold Avenue
McGuire AFB, NJ 08641

SUBJ: PTFL 94-4007, Replace Overhead Electrical Distribution – FCN 4000 & 4200 Area
*Interim Inspection Report*

SRA Rodriguez, Bill Ott, and Steve Lyman from the 305th Civil Engineering (CE) office conducted an interim inspection for the subject project. Mr. Don Bruce from the contracting office was in attendance on the first day of the inspection. This inspection was conducted on 3 separate days April 01, April 06, and April 13, 1998. The Government has paid the contractor 86% of the contract total, including the addendum's. CE has determined that the project is actually about 60% installed, of this 60% approximately $1/3^{rd}$ needs to be reworked, repaired or renewed due to poor workmanship on behalf of the contractor.

The following lists of items are a collection of discrepancies reviewed during the inspection conducted by CE on the subject contract.

1. *Primary Cable*

When the contractor installed the primary cable he failed to terminate or seal it properly @ time of installation. This cable laid in the water filled ducts/vaults for about 18 months before the contractor came out and taped up the ends. According to Watt Electric (the last sub for Tri-Gems) a portion of this cable did pass a high-pot test (A high pot test is a high voltage test conducted on primary cable prior to energizing). This cable was never energized after the high-pot test. This test was conducted about a year ago. Water migrates through the insulation of non-energized cable. When energized the heat from this cable prevents this migration. Since the cable was tested about a year ago and never activated, this cable needs to be re-tested prior to energizing. The contractor may have to replace a portion (maybe all) of this cable.

2. *Neutral Primary Wire*

The Government issued addendum #1 changing the primary cable from 2 separate conductors to one conductor with a full concentric neutral (2 wires in one). The

contractor accepted this modification to change the cable. They installed a single "tape shield" conductor without a separate neutral, not the cable negotiated under addendum #1. The original contract called for this "tape shield" conductor along with a separate neutral conductor. The Government did not accept this process. The contractor came up with a fix, installing a separate neutral conductor along side the "tape shield" conductor. To keep the contact moving along, the Government accepted this fix. The contractor has installed this separate neutral conductor on about 30% of the system and needs to install this wire on the rest of the primary system.

3. *Manhole/Vault Conduit Penetrations*

The manholes/vaults were never sealed in accordance with the contract documents. The contractor broke open access holes for the conduits through these manholes/vaults with a sledgehammer. The conduits were placed through these openings and covered with soil. The contractor then smeared cement from the inside to seal the openings. In most cases this mortar mix has cracked or fallen out. Every vault is currently filled with water, soil, and/or debris. All these new vaults/manholes (and the existing manholes that the contractor opened) need to be cleaned out and all these conduit entries need to be sealed properly in accordance with the contract documents. The contractor needs to remove the backfilled soil to 6 (in) below the conduits and 3 (ft) past the manhole/vault wall. These conduits can then be sealed and the concrete abutments installed in accordance with spec section 16301, page 5, and paragraph 3.05.

4. *Grounding*

Tri Gems' sub Watt Electric claims they did the grounding on the transformers that they connected which accounts for approximately 20% of the grounding. The inspection team could not examine the grounding because it is underground and the team could not determine if it was done in accordance with the contract documents. However, this grounding can be inspected when the contractor returns to clean out and seal the manholes/vaults properly. The grounding of these manholes/vaults shall be done as detailed on drawings E-9 and E-10.

5. *Street Light Posts*

The contractor installed steel bolts in the concrete bases for the street lighting poles in lieu of galvanized bolts as stated on the contract documents. Many of these bolts have rusted and failed. The contractor is currently replacing these bolts. During our inspection, the team did not see the contractor on the job site. According to Bill Ott they are about 80% complete with the bolt replacement. Also, the feeds from the transformers to the streetlights have not been installed and a few of the street crossings have not been completed to these streetlights. The streetlights cannot be energized until this work is completed.

6. *Transformer Pads*

Due to the contractor improperly installing the pre-casted transformer pads, many of these pads need repair. They are broken and badly marked-up in places. The repairable pads need to be properly concrete patched and re-"water proofed". The pad for transformer T16 appears to be beyond repair and may require replacement.

7. *Grading and Landscaping*

The contractor has failed to accomplish about 80% of the grading and seeding required. The trenching was completed approximately 2-1/2 years ago and most of the areas look as if the work has just been done. Grass has yet to grow on approximately 80% of these trenched areas.

8. *Inspection Sheet Summary*

The inspection report (Attachment #1) indicates all the work that is complete and needs completing. The contractor needs to seal the driveways where they sawcut the asphalt and decided to install the conduit elsewhere. Also, as indicated from this report the contractor has failed to install the risers that were part of addendum #6. The following legend describes the annotation of this report.

Legend

| | |
|---|---|
| Yes | Work was accomplished (Not to say that it doesn't have to be re-done). |
| No | Work was not accomplished and needs to be completed |
| Exist | Existing to remain (No work is required) |
| Maybe | The team could not determine if it was done or not |
| ---- | The contractor did it a different way |
| Appears | More than likely, the team could not tell for certain |

9. *Impact on Other Projects*

a) The army Corp of engineers had to negotiate a change with their contractor because Tri-Gems installed conduit and wires to the (Army Corps) main disconnect switches. Tri-Gems left these conduits like this with the un-energized cable inside. The army Corp negotiated the change with their contractor to install temporary hook-ups to work around Tri-Gems conduits.

b) Atul (another contractor) is contracted to remove the primary circuit down Gander way. This primary is still being used. The Tri-Gems project was supposed to have this work done so Atul could remove this primary cable.

c) The underground phone and cable TV projects should be funded around October 1998. The construction could start anytime after that date. Under these projects the utility poles in falcon court north are to be removed. If the Tri-Gems project

is not complete sometime in early 1999, these two projects will also be impacted and probably end up costing the Government even more money.

10. *Other Issues*

Addendum #4 (leaving the existing utility poles) is still an open issue. The last letter sent to LGCC was dated 17 October 1996. The Government is due a credit of approximately $6,414 for this addendum.

11. *Conclusion*

There are road crossings that are like speed dips (opposite of bumps), and trenched areas through the grass that were never restored per the contract documents. These areas were trenched through over 2 years ago and the grass has yet to grow. The contractor is installing the new bolts for the streetlight bases. This task should take 2 men about 2 weeks to complete. Tri-Gems has been working (on just these bolts) for about 3 months now and they are only 80% complete. This proves that the contractor is conducting a halfhearted attempt to finish the job.

Steven Lyman
305th CES/CECE
Project Manager

Attachments:
(1) Inspection spreadsheet

Copy To:
CEC
CECE
CECC (Richy)
CECC (Bill Ott)

| | Blacktop | | | | Conduit | Wire | Disconnect | |
|---|---|---|---|---|---|---|---|---|
| BLDG | SAWCUT | REMOVE | PATCH | Riser | to house | to house | Switch | Other Issuses |
| 4001 | Yes | No | No | Exist | No | No | Exist | |
| 4002 | Yes | Yes | Yes | Exist | No | No | Exist | |
| 4003 | Yes | Yes | Yes | Exist | Yes | No | Exist | Conduit is stubbed up outside disconnect location |
| 4004 | Yes | Yes | Yes | No | Yes | No | No | Conduit is opened at ground level filled with dirt and debris. |
| 4005 | Yes | Yes | Yes | No | Yes | No | No | Conduit is opened at ground level filled with dirt and debris. |
| 4006 | Yes | Yes | Yes | No | Kind of | No | No | Can't find the conduit |
| 4007 | Yes | Yes | Yes | No | Yes | No | No | Conduit is opened at ground level filled with dirt and debris. |
| 4008 | Yes | Yes | Yes | No | Yes | No | No | Conduit is opened at ground level filled with dirt and debris. |
| 4009 | Yes | No | No | No | No | No | No | |
| 4010 | Yes | Yes | Yes | No | Yes | No | No | Conduit is opened at ground level filled with dirt and debris. |
| 4011 | No | No | No | No | No | No | No | |
| 4012 | Yes | No | No | No | No | No | No | |
| 4013 | Yes | No | No | Exist | No | No | Exist | |
| 4014 | Yes | No | No | Exist | No | No | Exist | |
| 4015 | Yes | No | No | Exist | No | No | Exist | |
| 4016 | Yes | No | No | Exist | No | No | Exist | |
| 4017 | Yes | No | No | Exist | No | No | Exist | |
| 4018 | No | No | No | Exist | No | No | Exist | Cant find conduit but appears to have trenched to building |
| 4019 | No | No | No | Exist | No | No | Exist | Cant find conduit but appears to have trenched to building |
| 4020 | No | No | No | Exist | No | No | Exist | |
| 4021 | No | No | No | Exist | No | No | Exist | Cant find conduit but appears to have trenched to building |
| 4022 | No | No | No | Exist | No | No | Exist | Cant find conduit but appears to have trenched to building |
| 4023 | Yes | No | No | Exist | No | No | Exist | |
| 4024 | No | No | No | Exist | No | No | Exist | Cant find conduit but appears to have trenched to building |
| 4025 | Yes | No | No | Exist | No | No | Exist | |
| 4026 | Yes | No | No | Exist | No | No | Exist | |
| 4027 | Yes | No | No | Exist | No | No | Exist | |
| 4028 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4029 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4030 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4031 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4032 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4033 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4034 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |

Attachment (1)

| BLDG | Blacktop SAWCUT | Blacktop REMOVE | Blacktop PATCH | Riser | Conduit to house | Wire to house | Disconnect Switch | Other Issuses |
|---|---|---|---|---|---|---|---|---|
| 4035 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4036 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4037 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4038 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4039 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4040 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4041 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4042 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4043 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4044 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4045 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4046 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4047 | Yes | No | No | Exist | No | No | Exist | |
| 4048 | Yes | Yes | Yes | Exist | Yes | No | Exist | Sawcut Blacktop but did not remove. |
| 4049 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4050 | Yes | No | No | Exist | No | No | Exist | |
| 4051 | Yes | Yes | Yes | Exist | Yes | No | Exist | |
| 4052 | Yes | Yes | Yes | Exist | Yes | No | Exist | Sawcut Blacktop but did not remove. |
| 4053 | Yes | No | No | No | No | No | No | Sawcut Blacktop but did not remove. |
| 4054 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4055 | Yes | No | No | Exist | No | No | Exist | Sawcut wrong side. Must be sealed and sawcut on other side. |
| 4056 | Yes | No | No | Exist | No | No | Exist | |
| 4057 | Yes | Yes | Yes | Exist | Yes | No | Exist | Sawcut Blacktop but did not remove. |
| 4058 | Yes | No | No | Exist | No | No | Exist | Sawcut Blacktop but did not remove. |
| 4059 | Yes | No | No | Exist | No | No | Exist | |
| 4060 | Yes | Yes | Yes | Exist | Yes | No | Exist | Still have to run conduit and wire into disconnect |
| 4201 | Yes | Yes | Kind of | Exist | Yes | Yes | Exist | Conduit and wire is stubbed up near building 4201 |
| 4202 | No | No | Kind of | Exist | Exist | Kind of | Exist | Conduit appears to have equivalent of 6 90's |
| 4203 | --- | --- | --- | Exist | Yes | Yes | Exist | There is no switch in the box, Wire in box. |
| 4204 | Yes | Yes | Yes | No | Yes | Yes | Yes | Sawcut wrong side. Must be sealed and sawcut on other side. |
| 4205 | Yes | Yes | Yes | No | Yes | Yes | No | There is no switch in the box, Wire in box. |
| 4206 | Yes | Yes | Yes | No | Yes | Yes | Yes | |
| 4207 | Yes | Yes | Yes | No | Yes | Yes | No | |
| 4208 | Yes | Yes | Yes | No | Yes | Yes | No | Sawcut wrong side. Must be sealed and sawcut on other side. |

Att. Achment (1)

| | Blacktop | | | | Conduit | Wire | Disconnect | |
|---|---|---|---|---|---|---|---|---|
| BLDG | SAWCUT | REMOVE | PATCH | Riser | to house | to house | Switch | Other Issuses |
| 4209 | Yes | Yes | Yes | No | Yes | Yes | No | Conduit appears to have equivalent of 5 90's |
| 4210 | Yes | Yes | Yes | No | Yes | Yes | Yes | There's no switch in box, shed appears to have been damaged. |
| 4211 | Yes | Yes | Yes | No | Yes | Yes | Yes | Sawcut wrong side. There is no switch in the box. |
| 4212 | Yes | Yes | Yes | No | Yes | Yes | No | |
| 4213 | --- | --- | --- | No | Yes | Kind of | Kind of | Old switch sitting @ location. Only 1 phase and gr wire run. |
| 4214 | Yes | Yes | Yes | No | Yes | Appears | Yes | Did not look in disconnect switch. |
| 4215 | --- | --- | --- | No | Yes | Yes | Yes | 3 phase disconnect installed. |
| 4216 | --- | --- | --- | No | Yes | Yes | Yes | Did not look in disconnect switch. |
| 4217 | Yes | Yes | Yes | No | Yes | Yes | Yes | Did not look in disconnect switch. |
| 4218 | Yes | Yes | Yes | No | Yes | Yes | Yes | Did not look in disconnect switch. |
| 4219 | Yes | Yes | Yes | No | Yes | No | No | |
| 4220 | Yes | Yes | Yes | No | Yes | Appears | Yes | Did not look in disconnect switch. |
| 4221 | Yes | Yes | Yes | No | Yes | Appears | Yes | Did not look in disconnect switch. |
| 4222 | | | | | | | | These 3 locations were hard to tell where Tri-Gems ended -- |
| 4223 | | | | | | | | Phase II contractor provided the disconnects -- |
| 4224 | | | | | | | | Some of the wires were installed in transformer. |
| 4228 | --- | --- | --- | N/A | Yes | Appears | Yes | Phase II disconnects installed, secondaries connected to xfmr. |
| 4229 | Yes | Yes | Yes | N/A | Yes | Appears | Yes | Phase II disconnects installed, secondaries connected to xfmr. |
| 4230 | Yes | Yes | Yes | N/A | Yes | Appears | Yes | Phase II disconnects installed, secondaries connected to xfmr. |
| 4231 | --- | --- | --- | N/A | Yes | Appears | Yes | Phase II disconnects installed. |
| 4232 | --- | --- | --- | N/A | Yes | Appears | Yes | Phase II disconnects installed. |
| 4233 | --- | --- | --- | N/A | Yes | Appears | Yes | Phase II disconnects installed. |
| 4234 | Yes | Yes | Yes | No | Yes | Appears | Yes | |
| 4235 | Yes | Yes | Yes | No | Yes | Appears | Yes | |
| 4236 | --- | --- | --- | No | Yes | Appears | Yes | |
| 4237 | --- | --- | --- | No | Yes | Appears | Yes | |
| 4238 | Yes | Yes | Yes | No | Yes | Appears | Yes | Patch needs Repair. |
| 4239 | Yes | Yes | Yes | No | Yes | Appears | Yes | |
| 4240 | Yes | Yes | Yes | N/A | Yes | Appears | Exist | |
| 4241 | Yes | Yes | Yes | N/A | Yes | Appears | Exist | Appears to have used an existing pull box and conduit to unit. |
| 4242 | Yes | Yes | Yes | N/A | Yes | Appears | Exist | Old conduit still in box. |
| 4243 | Yes | Yes | Yes | N/A | Yes | Appears | Exist | |
| 4244 | Yes | Yes | Yes | N/A | Yes | Appears | Exist | |
| 4245 | Yes | Yes | Yes | N/A | Yes | Appears | Exist | |

Att Achment (1)

| BLDG | Blacktop SAWCUT | Blacktop REMOVE | Blacktop PATCH | Riser | Conduit to house | Wire to house | Disconnect Switch | Other Issuses |
|---|---|---|---|---|---|---|---|---|
| 4246 | --- | --- | --- | N/A | Yes | Appears | Exist | |
| 4247 | Yes | Yes | Yes | N/A | Yes | Appears | Exist | |
| 4248 | --- | --- | --- | N/A | Yes | Appears | Exist | |
| 4249 | Maybe | Maybe | Maybe | N/A | Yes | Yes | Yes | Phase II Removed Disconnect Switches |
| 4250 | Maybe | Maybe | Maybe | N/A | Yes | Yes | Yes | Phase II Removed Disconnect Switches |
| 4251 | Maybe | Maybe | Maybe | N/A | Yes | Yes | Yes | Phase II Removed Disconnect Switches |
| 4252 | Yes | Yes | Yes | N/A | Yes | No | Exist | Did not look in disconnect switch. |
| 4253 | Yes | Yes | Yes | N/A | No | No | Exist | Did not look in disconnect switch. |
| 4254 | Yes | Yes | Yes | N/A | Yes | No | Exist | Did not look in disconnect switch. |
| 4255 | Yes | Yes | Yes | N/A | Yes | No | Exist | Conduit is at disconnect. |
| 4256 | Yes | No | No | N/A | No | No | Exist | |
| 4257 | Yes | Yes | Yes | N/A | Yes | No | Exist | Conduit is at disconnect. |
| 4258 | Yes | Yes | Yes | N/A | Yes | No | Exist | Conduit is at disconnect. |
| 4259 | Yes | Yes | Yes | N/A | No | No | Exist | |
| 4260 | Yes | Yes | Yes | N/A | Yes | No | Exist | Conduit is at disconnect. |

Attachment (1)