IN THE UNITED STATES COURT OF FEDERAL CLAIMS

UNITED STATES FIRE INSURANCE COMPANY

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 03-2811C
(Judge Horn)

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time within which to file and to serve its reply to the plaintiff's opposition to the defendant's motion to dismiss. The United States respectfully requests that the Court extend the date for filing the reply until May 26, 2004. We notified plaintiff's counsel of our intent to request an enlargement of time, and she informed us that plaintiff did not consent to any enlargement beyond May 17, 2004.

The date on which the reply is currently due is unclear. In the Court's April 2, 2004 order, the Court set the date for filing a reply as May 13, 2004. If this date is the deadline, then the present request for enlargement of time is for 13 days. By contrast, the entry in the docket sheet associated with the filing of the plaintiff's opposition shows that the reply is due on or before May 20, 2004. If this date is correct, then the present request for enlargement of time is for 6 days. This is our first request for enlargement for this purpose.

Obligations in other cases have prevented counsel for the United States from completing the reply. Counsel for the United States received the opposition brief on May 6, 2004. On May 7, 2004, the undersigned filed four different pleadings, including a reply to plaintiff's opposition to defendant's cross-motion for partial summary judgment, in AFD Fund v. United States (Fed. Cl. No. 02-558C). On May 10-12, 2004, the undersigned participated in depositions away from the office in Bull v. United States (Fed. Cl. No. 01-56C).

Defendant's request for additional time is warranted for several reasons. Defendant's counsel anticipates that, in addition to preparing the Government's reply brief in this case, he will be required to devote attention to other matters. These include: submitting an initial post-trial brief on May 19, 2004, and a reply brief on May 27, 2004, in Metz v. United States (Fed. Cl. No. 00-540C). In addition, the undersigned plans to take annual leave on May 20-21, 2004. Finally, the United States requests additional time to prepare the reply so that the undersigned attorney can consult with the United States Air Force and obtain the appropriate supervision within this office.

For the foregoing reasons, defendant respectfully requests that this motion be granted, and the time within which the Government shall file its reply to plaintiff's opposition brief be enlarged until May 26, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

Of Counsel:

MAJOR GRAEME S. HENDERSON
Attorney
Department of the Air Force
AFSLA/JACN
1501 Wilson Boulevard,
Suite 606
Arlington, VA 22209-2403

May 13, 2004