TABLE OF CONTENTS

I. The Federal Circuit's Decision In *Insurance Company of the West* Is Distinguishable From This Case And Does Not Support A Finding Of Jurisdiction . . . . . . . . . . . . . . . . . 3

II. The Federal Circuit's Decision in *National Surety* Is No Longer Valid And Therefore Cannot Be A Basis For This Court's Jurisdiction . . . . . . . . . . . . . . . 7

III. The Court Of Federal Claim's Decision In *Insurance Company Of The West* Does Not Control The Outcome Of This Case . . 8