# TABLE OF AUTHORITIES

## FEDERAL CASES

*Admiralty Construction, Inc. v. Dalton*, 156 F.3d 1217 (Fed. Cir. 1998) .......................................... 7

*Casa De Cambio Comdiv S.A. De C.V. v. United States*, 291 F.3d 1356 (Fed. Cir. 2002) ................................ 9

*Continental Casualty Co. v. United States*, 145 Ct. Cl. 99, 169 F.Supp. 945 ............................................... 8

*Department of the Army v. Blue Fox, Inc.*, 525 U.S. 255 (1999)...7

*Globe Indem. Co. v. United States*, 84 Ct. Cl. 587 (1937) ...... 6

*Hadden v. United States*, 132 Ct. Cl. 529 (1955) ............... 8

*Insurance Company of the West v. United States*, 243 F.3d 1367 (Fed. Cir. 2001) .......................... passim

*Insurance Company of the West v. United States*, 55 Fed. Cl. 529 (2003) ................................. 2, 8-11

*National Surety Corp. v. United States*, 118 F.3d 1542 (Fed. Cir. 1997) ........................................ 2, 7-8

*National Surety Corporation v. United States*, 132 Ct. Cl. 724, 133 F.Supp. 381 (1955) ........................................ 8

*Ransom v. United States*, 900 F.2d 242 (Fed. Cir. 1990) ........ 7

*Riviera Finance of Texas, Inc. v. United States*, 58 Fed. Cl. 528 (2003) ........................................... 9

*Royal Indemnity Co. v. United States*, 177 Ct. Cl. 736, 93 F.Supp. 891 (1950) ......................................... 8

*Sentry Ins. A Mutual Co. v. United States*, 12 Cl. Ct. 320 (1987) ............................................... 6

*Shook v. United States*, 26 Cl. Ct. 1485 (1992) ................ 6

*United States. Centron Corp. v. United States*, 218 Ct. Cl. 1, 585 F.2d 982 (1978) ........................................... 6

*United States v. Munsey Trust Co.*, 332 U.S. 234 (1947) ........ 6