# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**UNITED STATES FIRE INSURANCE CO.**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * *

**No. 03-2811C**
**Filed: July 30, 2004**

## O R D E R

In light of the court's July 30, 2004 opinion denying defendant's motion to dismiss, the court, hereby, **ORDERS** the parties to file a joint status report that specifically proposes how the above-captioned case should proceed on or before **Wednesday, September 1, 2004**. Additionally, in order to establish a schedule for the resolution of this case, the court **ORDERS** the parties to appear at a status conference on **Wednesday, September 8, 2004 at 2:30 p.m.** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the defendant will appear in person. The courtroom number will be posted on the day of the status conference. Plaintiff's counsel may appear by telephone. Unless otherwise notified, plaintiff's counsel will be contacted at (973) 514-1414. The parties should be prepared to discuss how this case should proceed and to propose a schedule for its timely resolution.

**IT IS SO ORDERED.**

s/ MARIAN BLANK HORN
**MARIAN BLANK HORN**
**Judge**