# In the United States Court of Federal Claims

**03-2811**

**Filed: September 29, 2004**

**U.S. FIRE INSURANCE CO.,**

**v.**

**THE UNITED STATES**

**Transcript of Proceedings Taken at Washington, DC**
**on September 8, 2004 Before Judge Marian Blank Horn**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.