IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-2811C<br>(Judge Horn) |

**JOINT STATUS REPORT**

Pursuant to this Court's September 9, 2004 order, the parties respectfully submit the following joint status report.

The parties have exchanged initial disclosures of documents and identified witnesses pursuant to Rule 26(a)(1) of the Rules of the United States Court of Federal Claims. Each party has issued other forms of written discovery (interrogatories, requests for production of documents, and requests for admission). Each side's responses are pending.

In the most preliminary way, the parties have touched the issue of settlement. The parties intend to return to this issue after exchanging responses to written discovery.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ David C. Dreifus
DAVID C. DREIFUS
26 Columbia Turnpike
Florham Park, NJ 07932
Tele: (973) 514-1414
Fax: (973) 514-5959

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorney for Plaintiff
dated: January 12, 2005

Attorneys for Defendant
dated: January 12, 2005