IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-2811C<br>(Judge Horn) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6 and Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time within which to complete fact discovery. (This enlargement, if granted, will necessarily cause other deadlines to change.) The United States respectfully requests that the Court extend the time for completing fact discovery for 90 days, through and including July 28, 2005. The current date on which fact discovery is scheduled to end is Friday, April 29, 2005. We notified plaintiff's counsel of our intent to request an enlargement of time, and she informed us that plaintiff did not oppose this enlargement of time.

Discovery has progressed more slowly than expected. The Court held a status conference to schedule this case on September 8, 2004 and issued a scheduling order on September 9, 2004. The United States issued its first set of written discovery (interrogatories, requests for production of documents and requests for admissions) on November 16, 2004.

U.S. Fire Ins. Co., in turn, issued its first set of written discovery one month later on December 16, 2004. Cooperatively, the parties extended the time for responses several times pursuant to RCFC 29. U.S. Fire Ins. Co. responded to our first set of written discovery on March 10, 2005. We responded on March 8, 2005.

The parties have not deposed any witnesses yet and doing so in the time permitted would be nearly impossible. The undersigned is scheduled for a trial before Judge Hewitt in Bull v. United States, Fed. Cl. No. 01-56C, starting May 3, 2005. Consequently, the undersigned anticipates devoting almost all time to preparing for trial. Defendant's pre-trial memorandum of fact and law is due on April 6, 2005, defendant's demonstrative exhibits are due on April 13, 2005, and the pre-trial conference is scheduled for April 20, 2005. In addition, the undersigned anticipates traveling to Florida for depositions in Bull during the week of April 11, 2005. Finally, the undersigned anticipates defending one expert deposition before trial begins. Consequently, it is extremely unlikely the undersigned could participate in depositions in this case during April.

If the Court granted this unopposed motion for an enlargement of time, other deadlines would change. The United States respectfully proposes that the Court extend the date for filing the post-discovery status report, which is currently set

for April 29, 2005, to August 5, 2005. The United States also respectfully proposes that the Court change the status conference, presently scheduled for May 6, 2005, to a date after August 5, 2005. The United States respectfully submits that at this post-discovery status conference, the parties can establish new dates for trial, replacing the current date of October 24, 2005.

For the foregoing reasons, defendant respectfully requests that this motion be granted, and the time within which to complete discovery be extended until July 28, 2005, and that other deadlines change as set forth above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

Of Counsel:

LT. COL. DAVID BELL
Attorney
Department of the Air Force
AFSLA/JACN
1501 Wilson Boulevard, Suite 606
Arlington, VA 22209-2403

March 28, 2005