IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2811C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES, MOTION TO COMPEL PRODUCTION OF DOCUMENTS, AND MOTION FOR EXPEDITED CONSIDERATION

Pursuant to Rules 33(b)(5), 34(b) and 37(a) of the Rules of the Court of Federal Claims ("RCFC"), the United States respectfully requests that the Court issue an order compelling plaintiff, United States Fire Insurance Co. ("U.S. Fire Ins. Co."), to respond to the Government's interrogatories and document requests. In accordance with Appendix A(V)(10), defendant’s counsel represents that counsel for the Government has consulted with counsel for plaintiff in good faith to resolve this matter before the Government's filing of this motion. In support of this motion, defendant relies upon the following:

STATEMENT OF FACTS

U.S. Fire Ins. Co. issued performance and payment bonds for Tri-Gems Builders, Inc. (“Tri-Gems”) in connection with a contract that the United States Air Force awarded to Tri-Gems. The Air Force eventually terminated the contract with Tri-Gems for default and called upon U.S. Fire Ins. Co. as the surety. In its complaint, U.S. Fire Ins. Co. seeks compensation alleging

that it is entitled to recover money pursuant to the doctrine of equitable subrogation.

On March 31, 2005, this Court granted an unopposed motion for enlargement of time to complete discovery and set July 28, 2005 as the deadline for completing discovery. On that same day (March 31, 2005), the United States served, by overnight mail, our second set of interrogatories, request for production of documents, and request for admission upon U.S. Fire Ins. Co. Appendix ("A") 1-6. No response has been received.

To avoid bringing this discovery dispute to the Court, the defendant's counsel has spoken with Ms. Monica Pundalik, an attorney representing U.S. Fire Ins. Co. On these occasions, Ms. Pundalik has represented that the answers to interrogatories and request for production of documents are forthcoming. However, no response has been received.

On June 24, 2005, the United States issued a deposition notice pursuant to RCFC 30(b)(6), requesting that U.S. Fire Ins. Co. designate individual(s) to testify about certain topics at a deposition scheduled for Tuesday, July 19, 2005.

On June 28, 2005, by exchange of voice mail messages, defendant's counsel informed Ms. Pundalik of our intention to file this motion. She again stated that responses would be provided as soon as she received them. However, she did not promise a date certain.

## DISCUSSION

Pursuant to Rules 33 and 34 of the RCFC, a party must either respond or object to interrogatories and document requests within 30 days, unless a shorter or longer time is directed by the Court or agreed to in writing by the parties. U.S. Fire Ins. Co. has not requested in writing that the deadline be extended through this date.

The discovery requests seek information about the past relationship between U.S. Fire Ins. Co. and Tri-Gems. There are only two interrogatories and five requests for production of documents. A. 1-6. The discovery propounded by the United States is limited and is necessary for the Government to defend itself.

The United States respectfully requests that the Court expedite its consideration of our motion. The United States intends to review the documents before conducting the 30(b)(6) deposition scheduled for July 19, 2005. In addition, the time for completing fact discovery is quickly approaching (July 28, 2005).

For the foregoing reasons, pursuant Rules 33(b)(5), 34(b) and 37(a) of the RCFC, the United States respectfully requests that the Court grant our motion to compel, and order U.S. Fire Ins. Co. to answer the Government's interrogatories and to produce the documents requested.[1]

---

[1] It is not necessary for the Court to compel U.S. Fire Ins. Co. to respond to our request for admission. Pursuant to (continued...)

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner for
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

Of Counsel:

CHRISTOPHER COLE
Attorney
Department of the Air Force
AFSLA/JACN
1501 Wilson Boulevard, Suite 606
Arlington, VA 22209-2403

June 29, 2005

[1](...continued)
RCFC 36(a), this matter has been admitted because a response was not received within the time permitted.