# APPENDIX

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2811C<br>(Judge Horn) |

DEFENDANT'S SECOND SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSIONS

Pursuant to Rules 26, 33, 34 and 36, of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests that the plaintiff answer each of the following interrogatories separately and fully, in writing, and under oath. Defendant also requests that plaintiff produce the requested documents. Defendant also requests that plaintiff respond to the requests for admission.

The instructions and definitions previously provided are incorporated by reference.





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
discovery

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2811C<br>(Judge Horn) |

**DEFENDANT'S SECOND SET OF INTERROGATORIES**

Interrogatory No. 11.:

State the amount of money you received from Tri-Gems in connection with the contract. Separately identify, if possible, the amount received in exchange for your providing Tri-Gems (a) a performance bond, (b) a payment bond.

Interrogatory No. 12.

State whether you provided a performance bond or payment bond to Tri-Gems before this contract.

## REQUEST FOR PRODUCTION OF DOCUMENTS

Request for Production No. 2.

Produce all documents (such as policies or manuals) relating to deciding whether to issue performance bonds and payments bonds that were in effect in 1995.

Request for Production No. 3.

Produce your underwriting standards that were in effect in 1995.

Request for Production No. 4.

Produce your underwriting file for Tri-Gems.

Request for Production No. 5.

Produce any takeover agreement into which you entered between October 25, 1995 and January 29, 2001.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-2811C<br>(Judge Horn) |

DEFENDANT'S SECOND SET OF REQUESTS FOR ADMISSION

Request for Admission No. 10.:

Each "Application and Certification for Payment" presented by Tri-Gems to the United States Air Force constitutes a record of regularly conducted activity as defined in Fed. R. Evid. 803(6). Note: one example of such a document appears at DOJ 00265.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

ROBERT E. KIRSCHMAN, JR.
Assistant Director

CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

OF COUNSEL:

LT. COL. DAVID BELL
Attorney
Department of the Air Force
AFSLA/JACN
1501 Wilson Boulevard, Suite 606
Arlington, VA 22209-2403

March 31, 2005

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on March 31, 2005, I caused to be served by overnight mail (Federal Express) copies of "DEFENDANT'S SECOND SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSIONS" addressed to:

Mr. David Dreifuss
Ms. Monika Pundalik
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike
Florham Park, NJ 07932