# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**UNITED STATES FIRE INSURANCE CO.**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * *

**No. 03-2811**
**Filed: July 5, 2005**

## O R D E R

The court is in receipt of the defendant's motion to compel answers to interrogatories, motion to compel production of documents, and motion for expedited consideration. After discussions with the parties' counsel, the court determined that the attorneys for both parties have not satisfactorily resolved their discovery dispute and discovery in this case is scheduled to end on July 28, 2005. For this reason, the court **ORDERS** the parties to appear at a status conference on **Wednesday, July 6, 2005 at 3:30 p.m. EDT**. Attorneys for both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Dreifuss and Ms. Pundalik at 973-514-1414 and Mr. Moran at 202-307-6299.

**IT IS SO ORDERED.**

**s/ Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**