IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2811C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6 and Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, on behalf of the parties, respectfully requests an enlargement of time within which the parties may complete two (possibly three) depositions. This enlargement, if granted, will not cause other deadlines to change. On behalf of the parties, we respectfully request that the Court permit United States Fire Ins. Co. ("U.S. Fire") to depose Ms. Beth Ann Mendell, Ms. Diana Bunting before September 30, 20005. The current date on which fact discovery is scheduled to end is July 28, 2005. We notified plaintiff's counsel of our intent to request an enlargement of time, and he informed us that plaintiff joins this enlargement of time.

The parties have completed some of the depositions. U.S. Fire has deposed four individuals and the Government has deposed two people, including a designated representative of U.S. Fire.

The parties, however, have not been able to schedule the depositions for Ms. Beth Ann Mendell and Ms. Diana Bunting at a mutually convenient time. Ms. Mendell acted as the contract

administrator and processed requests for payment submitted by the initial contractor, Tri-Gems Builders Inc. Ms. Bunting, who works for Defense Contract Audit Agency, audited the claim presented by U.S. Fire including costs submitted by the completion contractor, Eastern Electric, Inc. Because the United States may call Ms. Mendell and Ms. Bunting as witnesses at trial, U.S. Fire should have an opportunity to depose these two individuals.[1]

If the Court grants this unopposed motion for an enlargement of time, other deadlines would not change. The parties are required to submit a status report on Friday, August 5, 2005, and participate in a status conference on August 10, 2005. Two (or three) depositions can be completed before trial is scheduled to start on October 24, 2005.

For the foregoing reasons, defendant respectfully requests on behalf of the parties that this motion be granted, and the time within which to complete depositions of Ms. Mendell, Ms. Bunting and Mr. Smith be extended until September 30, 2005.

---

[1] U.S. Fire also suggested that it may want to depose Michael Smith, who was the commander of McGuire Air Force Base when the Air Force terminated the contract with Tri-Gems. The United States is attempting to learn Mr. Smith's current location and whether he has any independent knowledge about the events for this lawsuit.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner for Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

Of Counsel:

CHRISTOPHER COLE
Attorney
Department of the Air Force
AFSLA/JACN
1501 Wilson Boulevard, Suite 606
Arlington, VA 22209-2403

July 27, 2005