# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *
**UNITED STATES FIRE INSURANCE CO.**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * *

**No. 03-2811C**
**Filed: July 28, 2005**

**O R D E R**

The court is in receipt of the defendant's unopposed July 27, 2005, joint motion for an enlargement of time of sixty-four days, to and including September 30, 2005, within which to complete discovery. As requested, the parties' joint motion for an enlargement of time is **GRANTED.** Discovery shall close **Friday, September 30, 2005**.

The parties shall file a joint status report on or before **Friday, August 26, 2005** (vice August 5, 2005). The status conference previously set for August 10, 2005, is **RESCHEDULED** for **Wednesday, August 31, 2005, at 10:30 a.m.**, **EDT**, in the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both counsel may appear by telephone. Unless otherwise notified, plaintiff's counsel will be contacted at (973) 514-1414, and defendant's counsel will be contacted at (202) 307-6299. The parties shall be prepared to discuss all pertinent issues in the case. The remainder of the schedule in the court's order of March 31, 2005 remains unchanged.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**