# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **UNITED STATES FIRE INSURANCE COMPANY,** | * | |
| **Plaintiff,** | * | **No. 03-2811C** |
| | * | **Filed: August 31, 2005** |
| **v.** | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court held a status conference in the above-captioned case on August 31, 2005, with the parties appearing by telephone. As discussed at the conference, on or before **Monday, October 3, 2005**, plaintiff shall file either a motion to withdraw its claims relating to consultant fees, pre-judgment interest, and attorney fees, or a plaintiff's status report indicating that plaintiff intends to go forward with one or more of these claims. Any claims not withdrawn by the plaintiff will be folded into and considered with the remaining claims in the case.

As indicated in previous orders, RCFC Appendix A materials shall be filed on or before **Monday, October 3, 2005**; a pretrial conference will be held on **Thursday, October 6, 2005, at 10:30 a.m. EDT**; and trial will commence at the National Courts Building in Washington, DC, on **Monday, October 24, 2005, at 9:30 a.m. EDT**, and continue until completed. The courtroom number for the trial will be posted on the date trial commences.

As indicated in the court's order of March 31, 2005, a courtesy copy of the RCFC Appendix A materials shall be provided to chambers via facsimile no. (202) 357-6586, or via e-mail to Royle_Carrington@ao.uscourts.gov. Furthermore, the court's order of March 31, 2005 indicated that the parties would appear in person for the October 6, 2005 pretrial conference. However, in light of the productive discussion at the August 31, 2005 status conference, the parties shall appear by telephone for the October 6, 2005 pretrial conference. Unless otherwise notified, plaintiff's counsel will be contacted at (973) 514-1414, and defendant's counsel will be contacted at (202) 307-6299.

**IT IS SO ORDERED.**

**s/ Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**