# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **UNITED STATES FIRE INSURANCE COMPANY,** | * | |
| **Plaintiff,** | * | **No. 03-2811C** |
| | * | **Filed: September 20, 2005** |
| **v.** | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

The court is in receipt of the defendant's September 16, 2005 motion for leave to file an amended answer and proposed amended answer. In a discussion with chambers staff on September 19, 2005, plaintiff's counsel advised that he did not oppose the filing of the amended answer. Therefore, the defendant's motion is **GRANTED**, and the amended answer submitted electronically on September 16, 2005 is **FILED** as of the date of this order, September 20, 2005. The parties further advised chambers staff that joint stipulations of fact regarding the defendant's affirmative defense in paragraph 29 of the defendant's amended answer would be folded into the joint stipulation of facts to be filed with other RCFC Appendix A materials on **Monday, October 3, 2005**. The previous schedule contained in the court's order of August 31, 2005 remains unchanged, except that, inasmuch as the RCFC Appendix A materials will be provided electronically on October 3, 2005, there is no need for the parties also to file a courtesy copy of the materials.

**IT IS SO ORDERED.**

**s/ Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**