IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2811C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S LIST OF WITNESSES

Pursuant to the Court's order dated May 19, 2005, and paragraph 15 of Appendix A to the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United Stated, submits the following list of witnesses. This list does not contain witnesses which defendant may choose to use for impeachment. RCFC, Appendix A ¶ 15.a. Defendant reserves the right to amend this list as permitted by the Court's rules. Defendant also reserves the right to call all witnesses listed on plaintiff's witness list.

"Will Call" Witnesses

Ms. Beth Mendell
Supervisory Procurement Analyst
U.S. Army Contracting Agency
Army Reserve Contracting Center
SFCA-NR-ARCC
5418 South Scott Plaza
Fort Dix, NJ 08640-5097
Ph: 609-562-4869

Ms. Mendell was the Contract Administrator. In this role, she served as an intermediary between Tri-Gems and the

contracting officer. Ms. Mendell evaluated whether the contracting officer should authorize payments as requested by Tri-Gems. She stopped working at McGuire before the contract with Tri-Gems was terminated.

We anticipated that this witness's direct testimony will last approximately 90 minutes.

Ms. Kathleen DeMito
Willow Grove Naval Air Base
913 AW/CONF (K.Demito)
1051 Fairchild Street
Willow Grove ARS, PA 19090-5203

Ms. DeMito served as the primary contracting officer for the contract with Tri-Gems. She also acted as a supervisor for Ms. Beth Ann Mendell and Mr. Donald Bruce when they acted as contract administrators. Ms. DeMito possesses knowledge of the various issues and problems that arose during performance of the contract by Tri-Gems. Ms. DeMito should also be knowledgeable about the of the takeover agreement with U.S. Fire.

We anticipated that this witness's direct testimony will last approximately two hours.

Mr. Donald Bruce
36 Contracting Squadron
Andersen AFB, Guam
011-671-366-6622

Mr. Bruce served as the contracting officer when Tri-Gems stopped performing work on the contract. He notified Tri-Gems that the Air Force was imposing liquidated damages and also notified Tri-Gems that the Air Force was terminating the contract for default.

We anticipated that this witness's direct testimony will last approximately one hour.

Mr. Steve Lyman
305 Civil Engineering Squadron
2403 Vandenberg Ave
McGuire AFB, NJ 08641-1712
(609) 754-6181

Mr. Lyman was the chief project engineer for this contract. He oversaw the contract during Tri-Gems' performance of the contract. He is familiar with the performance problems and with the work performed by Tri-Gems. In May 1998, Mr. Lyman prepared a report in which he, among other things, estimated that Tri-Gems completed 60 percent of the work and that 60 percent of this completed work needed to be redone. In December 2004, Mr. Lyman prepared another report in which he stated that his estimates in May 1998 were not correct.

We anticipated that this witness's direct testimony will last approximately two hours.

Mr. Edward Baker
Defense Supply Center Philadelphia
G and I
700 Robbins Ave.
Philadelphia, PA 19111-5092

Mr. Baker is the contracting officer who signed a "final decision," dated April 30, 2003. Mr. Baker denied the "certified claim" presented by U.S. Fire Ins. Co.

We note that Mr. Baker's testimony may not be relevant for two reasons. First, U.S. Fire Ins. Co. is not pursuing a claim based upon the Contract Disputes Act. The Court has noted that U.S. Fire Ins. Co. is pursuing an action based upon equitable subrogation, which is a doctrine not based upon a contract. United States Fire Ins. Co. v. United States, 61 Fed. Cl. 494, 499 (2004); see also Transamerica Ins. Co. v. United States, 31 Fed. Cl. 60l, 602 (1994). Thus, this case is comparable to another case brought by a surety. In evaluating the effect of what was described as a contracting officer's final decision, the Court stated: "The contracting officer's views to the contrary, being incorrect as a matter of law, are therefore of no legal significance." Fidelity & Deposit Co. of Maryland v. United States, 31 Fed. Cl. 540, 543 (1994). Second, even if this case were brought pursuant to the Contract Disputes Act, the factual

determinations made by the contracting officer are reviewed de novo. Wilner v. United States, 24 F.3d 1397, 1403 (Fed. Cir. 1994) (en banc); Flink/Vulcan v. United States, 63 Fed. Cl. 292, 309-10 (2004), appeal filed Fed. Cir. No. 05-5048.

Nevertheless, in the status conference on August 31, 2005, the Court indicated that it wanted to hear from Mr. Baker. Consequently, absent further instruction from the Court, we intended to call Mr. Baker as a witness.

We anticipated that this witness's direct testimony will last approximately one hour.

Mr. Scott Wilson
Chief Engineering Flight Civil Engineering Squadron
2403 Vandenberg Ave
McGuire AFB, NJ 08641
609-754-2768

While Tri-Gems was performing the contract, Mr. Wilson was the Chief of the Engineering Flight and then the Deputy Base Civil Engineer. He managed the program, design and construction at McGuire Air Force Base. The contract construction inspectors reported, indirectly, to him.

We anticipated that this witness's direct testimony will last approximately 30 minutes.

Diane M. Bunting
Defense Contract Audit Agency
Southern New Jersey Branch Office
10 Melrose Ave., Suite 200
Cherry Hill, NJ 08003-3647
(856) 354-7538

Ms. Bunting audited the claim made by U.S. Fire Ins. Co. in this case and produced a report based upon her work. Ms. Bunting examined the accounting records of Eastern Electric and determined that Eastern earned a very large profit on the completion contract with U.S. Fire Ins. Co.

We anticipated that this witness's direct testimony will last approximately one hour.

<u>"May Call" Witnesses</u>

Ms. Gayle Kaneaster
Contracting Office
McGuire AFB, NJ 08641

Ms. Kanneaster is a current custodian of documents in the files of the Air Force. If necessary, Ms. Kaneaster can testify to the foundational elements to qualify certain documents as business records. The United States anticipates that this witness's testimony will probably be unlikely because of agreements concerns admissibility of documents.

Mr. David C. Dreifuss
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike
Florham Park, NJ 07932

Mr. Dreifuss is an attorney who represented the surety before it entered into a takeover agreement with the Air Force and when it entered into a completion contract with Eastern. Mr. Dreifuss contributed, at least in part, to the drafting of both the takeover agreement and the completion contract. He also wrote many letters on these topics.

Mr. Dreifuss also represents U.S. Fire Ins. Co. in this litigation. Consequently, the United States anticipates that Mr. Dreifuss's testimony is unlikely to be needed.

Ms. Linda Williams (Retired)
25 Terrace Rd
Browns Mills, NJ 08015

Ms. Williams was the alternate contracting officer who oversaw the contract when either Ms. DeMito or Mr. Bruce were absent from the office.

Technical Sergeant ("TSgt.") Sean Pederson
100 Civil Engineering Squadron
Unit 4900 Box 380
APO AE 09459

TSgt. Pederson was one of the Government inspectors who inspected Tri-Gems' work under the contract.

Ms. Carlen Capenos, Contract Specialist
Contracting Squadron
Andersen AFB, Guam
011-671-366-6603

Ms. Capenos acted as the contract administrator after Tri-Gems' contract was terminated. If Ms. Capenos is called to testify, we would request that she be permitted to testify remotely – either by telephone or by videoconferencing.

Mr. Joe Flemming
Chief of Maintenance Engineering
Civil Engineering Squadron
McGuire AFB, NJ 08641
609-754-4868

Mr. Flemming served as chief of construction management from September 1994 until October 1998. As chief of construction

management, he supervised the Government's inspectors on this project.

Bill Ott
2404 Vandenberg Ave.
McGuire AFB, NJ 08641
(609) 754-6176

Mr. Ott served as the contracting officer's technical representative ("COTR") when the replacement contractor, Eastern Electric, Inc., was performing.

Joseph H. Shattuck
Defense Contract Audit Agency
Southern New Jersey Branch Office
10 Melrose Ave., Suite 200
Cherry Hill, NJ 08003-3647
(856) 354-7528

Mr. Shattuck assisted in auditing the claim made by U.S. Fire Ins. Co. in this case.

Airman First Class ("AIC") Ricardo Rodriguez
current location: unknown

AIC Rodriguez was one of Civil Engineering's inspectors who inspected Tri-Gems' work as it was being performed.

Senior Airman ("SrA") Mathew Ward
Last known address:
4700 Washburn Ave N
Minneapolis, MN 55430

SrA Ward was one of the Government inspectors on the Tri-Gems contract.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

dated: October 3, 2005