IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DEFENDANT'S EXHIBIT 100 7/21/05

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2811C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF DEPOSITION PURSUANT TO RCFC 30(b)(6)

Please take notice that, pursuant to Rule 30(b)(6) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, will take the deposition of representative(s) designated by the United States Fire Insurance Co. ("U.S. Fire Ins. Co.") before a court reporter authorized to administer oaths, at the offices of Dreifuss Bonacci & Parker, LLP, 26 Columbia Turnpike, Florham Park, New Jersey 07982, on Tuesday, July 19, 2005, at 10:00 a.m., and continuing from day to day until completed.

Pursuant to RCFC 30(b)(6), the United States requests that United States Fire Insurance Co. designate representative(s) to testify about the following topics:

1. the practices and policies of U.S. Fire Ins. Co. regarding how U.S. Fire Ins. Co. investigated, as part of its underwriting, companies for which U.S. Fire Ins. Co. was considering issuing performance bonds and/or payment bonds between 1994 and 1997;

2. any investigation, performed by or for U.S. Fire Ins. Co., of Tri-Gems Builders before U.S. Fire Ins. Co. issued the performance bond and payment bond relevant to this case;
3. the practices and policies of U.S. Fire Ins. Co. regarding how U.S. Fire Ins. Co. monitored the performance of companies for which U.S. Fire Ins. Co. issued performance bonds and/or payment bonds between 1994 and 2000;
4. any monitoring by or for U.S. Fire Ins. Co. of the performance of Tri Gems Builders on the contract in this case;
5. the practices and policies of U.S. Fire Ins. Co. regarding how U.S. Fire Ins. Co. responded situations in which companies, for which U.S. Fire Ins. Co. issued performance bonds and/or payment bonds between 1994 and 2000, were allegedly not completing the contract properly;
6. the response of U.S. Fire Ins. Co. when it learned about the alleged problems in how Tri Gems Builders was completing the contract at issue in this case;
7. the practices and policies of U.S. Fire Ins. Co. regarding how U.S. Fire Ins. Co. negotiated "takeover agreements;"
8. the negotiation of the takeover agreement in this case;
9. the practices and policies of U.S. Fire Ins. Co. regarding how U.S. Fire Ins. Co. obtained companies to replace companies for which U.S. Fire Ins. Co. had issued

performance bond and/or payment bonds between 1995 and 2000;

10. the process by which U.S. Fire Ins. Co. obtained a company to replace Tri Gems Builders for the contract relevant to this case;

11. the practices and policies of U.S. Fire Ins. Co. regarding how U.S. Fire Ins. Co. monitored the performance of companies with which U.S. Fire Ins. Co. entered into contracts to complete the performance of contracts;

12. any monitoring by or for U.S. Fire Ins. Co. of the performance of Eastern Electric on the contract in this case;

13. the damages sought by U.S. Fire Ins. Co. in this case

Pursuant to RCFC 30(b)(5), the United States respectfully requests that U.S. Fire Ins. Co. produce, at the deposition: (1) any documents, not already produced, which are responsive to any document request made by the United States in this litigation; and (2) any documents and tangible things that its designated representative(s) reviewed or consulted to prepare for the deposition.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

ROBERT E. KIRSCHMAN, JR.
Assistant Director

CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

OF COUNSEL:

CHRISTOPHER COLE
Attorney
Department of the Air Force
AFSLA/JACN
1501 Wilson Boulevard,
Suite 606
Arlington, VA 22209-2403

June 23, 2005

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on June 24, 2005, I caused to be served by overnight mail (Federal Express) copies of " NOTICE OF DEPOSITION PURSUANT TO RCFC 30(b)(6)" addressed to:

Mr. David Dreifuss
Ms. Monika Pundalik
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike
Florham Park, NJ 07932