| Pl. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | Recip | Cc | Objection |
|---|---|---|---|---|---|---|---|---|
| 100 | DOJ01186 | DOJ01189 | 7/18/2002 | Invoice and cover letter | Danielle R. Dody | Linda I. Williams | Vincent C. Miseo;Michael W. Spinelli | |
| 101 | DOJ00265 | DOJ00266 | 1/2/1996 | Request for Payment | Gothrie Short, Jr. | | | |
| 102 | DOJ01272 | DOJ01272 | 6/24/1996 | memo | Scott Wilson | Kathleen DeMito;Steven Lyman | | |
| 103 | DOJ01330 | DOJ01331 | 9/20/1996 | memo | Scott Wilson | | | |
| 104 | DOJ01334 | DOJ01336 | 9/27/1996 | memo | Steven Lyman | Beth Ann Mendell | | |
| 105 | DOJ00324 | DOJ00326 | 3/20/2001 | Modification P0006 | Bruce Dickstein; Linda I. Williams | | | |
| 106 | DOJ00334 | DOJ00334 | 2/28/2001 | cover letter | Linda I. Williams | | | |
| 107 | DOJ00401 | DOJ00401 | 6/2/1999 | negotiations for takeover agreement | Vincent C. Miseo | Donald E. Bruce, Jr. | | relevance |
| 108 | DOJ00403 | DOJ00404 | 7/23/1999 | negotiations for takeover agreement | David C. Dreifuss | | | relevance |
| 109 | DOJ00444 | DOJ00444 | 2/20/1999 | letter | Donald E. Bruce, Jr. | Vincent C. Miseo | | |
| 110 | DOJ01183 | DOJ01183 | 9/3/2002 | invoice | Luis Bolanos | Linda I. Williams | | |
| 111 | DOJ01184 | DOJ01185 | 9/9/2002 | contractor release | Luis Bolanos | | | |
| 112 | DOJ01190 | DOJ01192 | 9/9/2002 | Invoice and cover letter | Luis Bolanos | Michael W. Spinelli | Vincent C. Miseo | |
| 113 | DOJ01195 | DOJ01195 | 5/14/2002 | progress report | Luis Bolanos | | | |
| 114 | DOJ01198 | DOJ01198 | 3/25/2003 | letter | Michael W. Spinelli | Linda I. Williams | Bruce Dickstein;David C. Dreifuss | relevance |
| 115 | DOJ01288 | DOJ01288 | 8/8/1996 | memo | Joe Flemming | Kathleen DeMito;Beth Ann Mendell | | |
| 116 | DOJ01290 | DOJ01291 | 8/21/1996 | letter | Glenn E. Shockley | Linda I. Williams;Beth Ann Mendell | | |
| 117 | DOJ01329 | DOJ01329 | 9/20/1996 | memo | Beth Ann Mendell | Joe Flemming;Ricardo Rodrguez | | |
| 118 | DOJ01337 | DOJ01337 | 9/30/1996 | memo | Linda I. Williams | Steven Lyman;bob kline | | |
| 119 | DOJ01348 | DOJ01348 | 1/30/1997 | memo | Joe Flemming | Beth Ann Mendell | | |
| 120 | DOJ01375 | DOJ01377 | 7/28/1999 | letter | Gregory Baxley | James Cain | | |
| 121 | DOJ01387 | DOJ01390 | 6/8/1999 | letter | Donald E. Bruce, Jr. | Vincent C. Miseo | | |
| 122 | DOJ01397 | DOJ01428 | 8/13/2001 | certified claim | David C. Dreifuss;Vincent C. Miseo | Linda I. Williams | | |
| 123 | DOJ01444 | DOJ01483 | 11/14/2001 | letter | Peter W. Komutick | Linda I. Williams | | |
| 124 | DOJ01501 | DOJ01501 | 4/14/1997 | material approval submital | Gothrie Short, Jr. | | | |
| 125 | DOJ00409 | DOJ00410 | 9/13/1999 | negotiations for takeover agreement | David C. Dreifuss | | | |
| 126 | DOJ00496 | DOJ00501 | 3/4/2002 | letter | David C. Dreifuss | David Gotlib | | |
| 127 | DOJ00407 | DOJ00408 | 8/19/1999 | negotiations for takeover agreement | David C. Dreifuss | | | |
| 128 | DOJ00402 | DOJ00402 | 7/15/1999 | negotiations for takeover agreement | Vincent C. Miseo | | | |
| 129 | DOJ00405 | DOJ00406 | 8/6/1999 | negotiations for takeover agreement | David C. Dreifuss | | | |
| 130 | DOJ00169 | DOJ00169 | 3/23/1998 | letter | Michael A. Smith | Sue King | | |
| 131 | DOJ00339 | DOJ00339 | 1/25/2001 | letter | Denise McLane | David C. Dreifuss | Kathleen DeMito | |
| 132 | DOJ00413 | DOJ00414 | 4/12/2000 | negotiations for takeover agreement | David C. Dreifuss | | | |
| 133 | DOJ00411 | DOJ00412 | 9/24/1999 | negotiations for takeover agreement | David C. Dreifuss | | | |
| 134 | DOJ00106 | DOJ00106 | 11/27/1996 | memo | Beth Ann Mendell | | | |
| 135 | DOJ00183 | DOJ00185 | 2/24/1999 | letter | Donald E. Bruce, Jr. | Gothrie Short, Jr.;United States Fire Ins. Co. | | |
| 136 | DOJ00449 | DOJ00451 | 11/15/2002 | report | Michael W. Spinelli | David C. Dreifuss | | |
| 137 | DOJ01515 | DOJ01518 | 11/15/1995 | notes: pre-construction conference | Beth Ann Mendell | | | |
| 138 | DOJ01562 | DOJ01562 | 3/20/1998 | e-mail | Steven Lyman | Joe Flemming;Kathleen DeMito;Ricardo Rodrguez;Scott Wilson | | |

| Pl. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | | Recip | Cc | Objection |
|---|---|---|---|---|---|---|---|---|---|
| 139 | DOJ01563 | DOJ01565 | 2/18/1998 | handwritten notes | | | | | foundation, hearsay |
| 140 | | | 9/20/2005 | Surities Printout of Payments | | | | | |
| 150 | 01499- | 1483 | 12/19/200 | **completion agreement** | | | | | |
| 151 | 01454- | 1457 | 7/11/2001 | copy of check's paid to Eastern | | | | | |
| 152 | 00661- | 663 | 5/30/1985 | **General Indemnity Agreement** | | | | | |
| 153 | 00604- | 616 | | **Amendment/Modification** | | P-1 | | | |
| 154 | 00394- | 395 | 6/19/2000 | **Letter** | David Dreifuss | | **Kathleen DeMito** | | |
| 155 | 00011- | 68 | 7/19/2000 | **Invoices and contract progress** | | | | | |
| 156 | | | 7/23/2000 | **reports** | | | | | |
| 157 | 00364- | 3880 | | **Revised Agreement** | | P-26 | | | |
| 158 | 00361- | 362 | 10/10/2000 | **letter** | | P-28 | | | |
| 159 | 00381- | 389 | | | | P-24 | | | |
| 160 | 00337- | 354 | 1/31/2001 | **letter** | | P-29 | | | |
| 161 | 00327- | 331 | | **takeover agreement** | | P-30 | | | |
| 162 | 00398 | | 5/26/2000 | **letter** | | P-16 | | | |
| 163 | 00635- | 666 | | **amendment/modification** | | P-30 | | | |
| 164 | 00581- | 589 | | **Dept of Air Force memo** | | | | | |
| 165 | 01235- | 01236&9 | 12/10/2004 | **memo** | | | | | |
| 166 | 00532- | 580 | | **Solicitation offer & award** | | | | | |
| 167 | 00903 | | | **daily inspection record** | | | | | |
| 168 | | | | **list ofpayments** | | P-19 | | | |
| 169 | | | 7/14/2000 | **letter** | | P-20 | | | |
| 170 | | | 7/19/2000 | **letter** | | P-21 | | | |
| 171 | | | 7/19/2000 | **letter** | | P-22 | | | |
| 172 | 01084- | 616 | | **Docs relating to Modification** | | P-4 | | | |
| | | | | **P-00001** | | P- | | | |
| 173 | 01029- | 1083 | | **Docs relating Modification** | | P-6 | | | |
| | | | | **P-00002** | | | | | |
| 174 | 00944- | 990 | | **Modification** | | | | | |
| | | | | **p-00004** | | | | | |
| 175 | | | | **PAY REQUISITIONS** | | P-10 | | | |
| 176 | | | | **COPY OF MODIFICATION** | | P-14 | | | |
| | | | | **P-00004** | | | | | |
| 177 | | | 5/23/2000 | **LETTER** | | P-15 | | | |
| 178 | | 00398 | 5/26/2000 | **LETTER** | | P-16 | | | |
| 179 | | | 6/8/2000 | **LETTER** | | P-17 | | | |
| 180 | | | | **PROGRESS REPORTS** | | | | | |
| 181 | | | | **Contract Drawings** | | P-31A | | | |
| 182 | | | | **Contract Drawings** | | P-31B | | | |
| 183 | | | | **Contract Drawings** | | P-31C | | | |
| 184 | | | | **Contract Drawings** | | P-31D | | | |
| 185 | | | | **Contract Drawings** | | P-31E | | | |
| 186 | | | | **Contract Drawings** | | P-31F | | | |
| 187 | | | | **Contract Drawings** | | P-31G | | | |
| 188 | | | | **Contract Drawings** | | P-31H | | | |
| 189 | | | | **Contract Drawings** | | P-31I | | | |
| 190 | | | | **Contract Drawings** | | P-31J | | | |
| 191 | | | | **Contract Drawings** | | P-31K | | | |
| 192 | | | | **Contract Drawings** | | P-31L | | | |
| 193 | | | | **Contract Drawings** | | P-31M | | | |
| 194 | | | | **Contract Drawings** | | P-31N | | | |
| 195 | | | | **Contract Drawings** | | P-32 | | | |
| 196 | | | 7/28/1999 | **Letter** | | P-40 | | | |
| 197 | | | 5/19/1998 | **Letter** | | P-41 | | | |
| 198 | | | 3/20/1998 | **E-MAIL** | | p-42 | | | |
| 199 | | | 2/24/1999 | **Letter** | | P-43 | | | |
| 200 | | | 4/30/2003 | **Contracting Officers final** | | P-44 | | | |
| 201 | | | | **Decision** | | | | | |
| 202 | | | 9/11/2002 | **Defense Contract Audit Agency** | | P-45 | | | |

Joint Exhibit List
October 3, 2005

| Jt. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | Recip | Cc |
|---|---|---|---|---|---|---|---|
| 1 | DOJ00656 | DOJ00663 | 5/14/1993 | General Indemnity Agreement | | Joe Flemming;Matthew D. Ward | |
| 2 | DOJ01142 | DOJ01181 | 10/26/1995 | Contract, Bid | Kathleen DeMito;Gothrie Short, Jr. | | |
| 3 | DOJ00076 | DOJ00082 | 11/7/1995 | Performance Bond | Gothrie Short, Jr.;Kimberly M. D'Ascoli | | |
| 4 | DOJ01255 | DOJ01255 | 1/6/1996 | memo | Steven Lyman | Gothrie Short, Jr. | |
| 5 | DOJ01258 | DOJ01258 | 2/22/1996 | letter | Kathleen DeMito | | |
| 6 | DOJ01498 | DOJ01498 | 3/15/1996 | progress schedule | Gothrie Short, Jr. | Gothrie Short, Jr. | |
| 7 | DOJ00842 | DOJ00851 | 4/10/1996 | Daily Inspection Record | Matthew D. Ward | Thomas M. Keeley-Cain | Gothrie Short, Jr. |
| 8 | DOJ01265 | DOJ01266 | 4/23/1996 | memo | Matthew D. Ward;Steven Lyman | Gothrie Short, Jr. | |
| 9 | DOJ01500 | DOJ01500 | 4/24/1996 | progress schedule | Gothrie Short, Jr. | Gothrie Short, Jr. | |
| 10 | DOJ00852 | DOJ00880 | 5/1/1996 | Daily Inspection Record | Matthew D. Ward | | |
| 11 | DOJ00667 | DOJ00671 | 6/7/1996 | Daily Inspection Record | Matthew D. Ward | Vincent C. Miseo | |
| 12 | DOJ00672 | DOJ00702 | 6/13/1996 | Daily Inspection Record | Matthew D. Ward | | |
| 13 | DOJ00097 | DOJ00097 | 7/9/1996 | letter | Linda I. Williams | | |
| 14 | DOJ01499 | DOJ01499 | 7/24/1996 | progress schedule | Gothrie Short, Jr. | | |
| 15 | DOJ00092 | DOJ00092 | 8/1/1996 | letter | Gothrie Short, Jr.;Beth Ann Mendell | | |
| 16 | DOJ01286 | DOJ01287 | 8/6/1996 | memo | Steven Lyman | | |
| 17 | DOJ01520 | DOJ01522 | 8/14/1996 | memo | Beth Ann Mendell | | |
| 18 | DOJ00703 | DOJ00734 | 8/20/1996 | Daily Inspection Record | Ricardo Rodrguez | | |
| 19 | DOJ01316 | DOJ01316 | 8/29/1996 | memo | Joe Flemming | | |

| Jt. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | Recip | Cc |
|---|---|---|---|---|---|---|---|
| 20 | DOJ00735 | DOJ00768 | 10/3/1996 | Daily Inspection Record | Ricardo Rodrguez | | |
| 21 | DOJ00769 | DOJ00800 | 11/21/1996 | Daily Inspection Record | Ricardo Rodrguez | | |
| 22 | DOJ00105 | DOJ00105 | 12/27/1996 | memo | Beth Ann Mendell | | |
| 23 | DOJ00801 | DOJ00810 | 1/6/1997 | Daily Inspection Record | Ricardo Rodrguez | | |
| 24 | DOJ01350 | DOJ01351 | 2/7/1997 | memo | Scott K. Borges | | |
| 25 | DOJ01353 | DOJ01353 | 2/11/1997 | letter | Linda I. Williams | | |
| 26 | DOJ01356 | DOJ01357 | 2/13/1997 | letter | Kathleen DeMito | | |
| 27 | DOJ01543 | DOJ01544 | 3/26/1997 | memo | Steven Lyman | | |
| 28 | DOJ01571 | DOJ01571 | 3/31/1997 | memo | Steven Lyman | | |
| 29 | DOJ01358 | DOJ01358 | 4/16/1997 | memo | Steven Lyman | | |
| 30 | DOJ00811 | DOJ00841 | 5/7/1997 | Daily Inspection Record | Ricardo Rodrguez | | |
| 31 | DOJ00881 | DOJ00913 | 8/12/1997 | Daily Inspection Record | Ricardo Rodrguez | | |
| 32 | DOJ01570 | DOJ01570 | 8/25/1997 | mem | Steven Lyman | | |
| 33 | DOJ00087 | DOJ00088 | 9/5/1997 | letter / show cause | Kathleen DeMito | | |
| 34 | DOJ00942 | DOJ00943 | 10/15/1997 | Modification | Kathleen DeMito | | |
| 35 | DOJ00145 | DOJ00146 | 12/12/1997 | letter | Donald E. Bruce, Jr. | | |
| 36 | DOJ00086 | DOJ00086 | 12/12/1997 | letter / show cause | Donald E. Bruce, Jr. | | |
| 37 | DOJ00914 | DOJ00941 | 12/18/1997 | Daily Inspection Record | Ricardo Rodrguez | | |
| 38 | DOJ00149 | DOJ00149 | 1/7/1998 | letter | Donald E. Bruce, Jr. | | |
| 39 | DOJ01561 | DOJ01561 | 2/2/1998 | memo | Joe Flemming | | |
| 40 | DOJ00152 | DOJ00154 | 2/12/1998 | letter | Donald E. Bruce, Jr. | | |
| 41 | DOJ00085 | DOJ00085 | 3/18/1998 | Letter | Donald E. Bruce, Jr. | DFAS | |
| 42 | DOJ00437 | DOJ00440 | 2/24/1999 | letter | Donald E. Bruce, Jr. | | |

Joint Exhibit List
October 3, 2005

| Jt. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | Recip | Cc |
|---|---|---|---|---|---|---|---|
| 43 | DOJ00090 | DOJ00091 | 2/24/1999 | termination notice | Donald E. Bruce, Jr.` | Joe Flemming;Ricardo Rodrguez | |
| 44 | DOJ01378 | DOJ01381 | 2/8/2000 | letter | | Kathleen DeMito;Beth Ann Mendell | |
| 45 | DOJ00502 | DOJ00523 | 8/4/2000 | invitation to bid | Michael W. Spinelli | | |
| 46 | DOJ00524 | DOJ00524 | 8/4/2000 | invitation to bid | | | |
| 47 | DOJ00525 | DOJ00527 | 8/4/2000 | invitation to bid | | | |
| 48 | DOJ00528 | DOJ00531 | 8/4/2000 | invitation to bid | | | |
| 49 | DOJ00532 | DOJ00580 | 8/4/2000 | invitation to bid | | Joe Flemming;Matthew D. Ward | |
| 50 | DOJ00581 | DOJ00589 | 8/4/2000 | invitation to bid | | | |
| 51 | DOJ00590 | DOJ00595 | 8/4/2000 | invitation to bid | | Craig King;Ricardo Rodrguez | |
| 52 | DOJ00596 | DOJ00597 | 8/4/2000 | invitation to bid | | Craig King;Ricardo Rodrguez | |
| 53 | DOJ00598 | DOJ00603 | 8/4/2000 | invitation to bid | | Beth Ann Mendell | |
| 54 | DOJ00604 | DOJ00616 | 8/4/2000 | invitation to bid | | Gothrie Short, Jr. | Scott Wilson;Ricardo Rodrguez |
| 55 | DOJ00617 | DOJ00620 | 8/4/2000 | invitation to bid | | | |
| 56 | DOJ00621 | DOJ00630 | 8/4/2000 | invitation to bid | | Beth Ann Mendell | |
| 57 | DOJ00631 | DOJ00634 | 8/4/2000 | invitation to bid | | Gothrie Short, Jr. | |
| 58 | DOJ00635 | DOJ00637 | 8/4/2000 | invitation to bid | | Kathleen DeMito;Donald E. Bruce, Jr. | |
| 59 | DOJ00638 | DOJ00655 | 12/19/2000 | Completion Agreement | Bruce Dickstein;Luis Bolanos | | |
| 60 | DOJ00327 | DOJ00331 | 1/29/2001 | Takeover Agreement | Kathleen DeMito;Bruce Dickstein | Gothrie Short, Jr. | |
| 61 | DOJ01209 | DOJ01216 | 3/20/2001 | Modification / Takeover Agreement | Bruce Dickstein;Linda I. Williams | Gothrie Short, Jr. | |
| 62 | DOJ01493 | DOJ01497 | 4/30/2003 | final decision | Edward J. Baker | Gothrie Short, Jr. | |
| 63 | DOJ01193 | DOJ01193 | 12/9/2003 | DFAS Vendor Pay Inquiry System | | Gothrie Short, Jr. | |
| 64 | DOJ01197 | DOJ01197 | 12/9/2003 | memorandum | Carlen Capenos | | |
| 65 | DOJ00011 | DOJ00068 | | invoices, etc | | | |

| Def. Suppl Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | Recip |
|---|---|---|---|---|---|---|
| 300 | USF01650 | USF01660 | 12/8/1999 | affidavit | Vincent C. Miseo | |
| 301 | USF01075 | USF01080 | 8/14/1998 | pleading | Thomas M. Keeley-Cain | |
| 302 | USF01236 | USF01236 | 1/3/1999 | letter | Thomas M. Keeley-Ca | Vincent C. |
| 303 | USF01304 | USF01304 | 1/23/2001 | letter | Thomas M. Keeley-Ca | Harlan L. C |
| 304 | USF01325 | USF01325 | 10/2/2000 | letter | Harlan L. Cohen | Joseph Ma |
| 305 | USF01493 | USF01506 | 11/24/1999 | pleading fo | Gothrie Short, Jr. | |
| 306 | USF01645 | USF01647 | 1/20/2000 | affidavit | Vincent C. Miseo | |
| 307 | USF00870 | USF00874 | 4/4/2000 | letter | Griffin | Joseph Ma |
| 308 | USF01025 | USF01025 | 11/9/1999 | letter | Thomas M. Keeley-Ca | Vincent C. |
| 309 | USF01305 | USF01305 | 1/14/2001 | pleading | John A Casarow | |
| 310 | USF01307 | USF01308 | 12/26/2000 | letter | Harlan L. Cohen | Thomas M. |
| 311 | USF01321 | USF01324 | 10/4/2000 | letter | Harlan L. Cohen | |
| 312 | USF01326 | USF01326 | 9/29/2000 | letter | Harlan L. Cohen | Joseph Ma |
| 313 | USF01431 | USF01434 | 10/28/1999 | pleading | Joseph A. McCormick | Harlan L. C |

**Cc**

Miseo
ohen
ırchand

ırchand
Miseo

. Keeley-Cain

ırchand
ohen

Defendant Exhibit List
October 3, 2005

| Def. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | | Recip | Cc | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 200 | DOJ01241 | DOJ01243 | 12/20/1994 | gov't estimate | | | Gothrie Short, Jr. | | | |
| 201 | USF00153 | USF00194 | 8/14/1995 | solicitation | | | | | | |
| 202 | USF00195 | USF00229 | 8/14/1995 | amendment | | | | | | |
| 203 | USF00151 | USF00152 | 9/14/1995 | Bid | Gothrie Short, Jr. | | | | | |
| 204 | DOJ01240 | DOJ01240 | 9/14/1995 | memo | Beth Ann Mendell | | Donald E. Bruce, Jr. | | | |
| 205 | USF00001 | USF00014 | 10/26/1995 | Contract - Maps | | | | | | |
| 206 | USF00082 | USF00120 | 10/26/1995 | Contract - specifications | | | Donald E. Bruce, Jr. | | | |
| 207 | USF00121 | USF00150 | 10/26/1995 | Contract - specifications | | | | | | |
| 208 | USF00050 | USF00081 | 10/26/1995 | Contract - specifications | | | | | | |
| 209 | USF00015 | USF00049 | 10/26/1995 | Contract - specifications | | | | | | |
| 210 | USF00232 | USF00242 | 3/28/1996 | Modification | | | | | | |
| 211 | DOJ01084 | DOJ01141 | 4/9/1996 | Modification | | | | | | |
| 212 | DOJ01029 | DOJ01083 | 5/20/1996 | Modification | | | | | | |
| 213 | DOJ01281 | DOJ01282 | 7/3/1996 | memo | | | | | | |
| 214 | DOJ00098 | DOJ00099 | 7/13/1996 | Memo and progress report | Beth Ann Mendell | | | | | |
| 215 | DOJ00096 | DOJ00096 | 7/16/1996 | letter | Gothrie Short, Jr. | | | | | |
| 216 | USF00352 | USF00353 | 8/9/1996 | letter | Beth Ann Mendell | | | | | |
| 217 | DOJ01289 | DOJ01289 | 8/13/1996 | letter | Gothrie Short, Jr. | | | | | |
| 218 | DOJ01292 | DOJ01292 | 8/27/1996 | letter | Gothrie Short, Jr. | | | | | |
| 219 | DOJ01303 | DOJ01315 | 8/29/1996 | letter | Gothrie Short, Jr. | | | | | |
| 220 | DOJ01317 | DOJ01317 | 8/30/1996 | memo | Linda I. Williams | | | | | |
| 221 | DOJ01339 | DOJ01339 | 10/1/1996 | letter | Gothrie Short, Jr. | | Glenn E. Shockley; Beth Ann Mendell;Thomas M. Keeley-Cain | | | |
| 222 | DOJ01341 | DOJ01341 | 10/2/1996 | letter | Beth Ann Mendell | | Beth Ann Mendell | | | |
| 223 | USF00305 | USF00309 | 12/17/1996 | Letter | Linda I. Williams | | Beth Ann Mendell | | | |
| 224 | DOJ00104 | DOJ00104 | 12/27/1996 | letter | Gothrie Short, Jr. | | | | | |
| 225 | DOJ01355 | DOJ01355 | 2/11/1997 | memo | Beth Ann Mendell | | | | | |
| 226 | USF00243 | USF00255 | 3/7/1997 | Modification | | | | | | |
| 227 | DOJ00991 | DOJ01028 | 3/10/1997 | Modification | Gothrie Short, Jr.;Linda I. Williams | | Kathleen DeMito | | | |
| 228 | USF00354 | USF00354 | 3/12/1997 | Letter | Linda I. Williams | | | | | |
| 229 | USF00256 | USF00258 | 3/13/1997 | Modification | | | Ricardo Rodrguez | | | |
| 230 | DOJ00944 | DOJ00990 | 3/20/1997 | Modification | Kathleen DeMito;Gothrie Short, Jr. | | | | | |
| 231 | USF00312 | USF00312 | 4/1/1997 | letter | Kathleen DeMito | | | | | |
| 232 | USF00311 | USF00311 | 4/10/1997 | letter | Debi Rutledge | | Darren Thomas | Gothrie Short, Jr. | | |
| 233 | DOJ01502 | DOJ01503 | 4/10/1997 | progress schedule | Gothrie Short, Jr. | | Gothrie Short, Jr. | | | |
| 234 | DOJ00252 | DOJ00253 | 4/14/1997 | Contract Progress Schedule | Gothrie Short, Jr. | | Gothrie Short, Jr. | | | |

Defendant Exhibit List
October 3, 2005

| Def. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | Recip | Cc |
|---|---|---|---|---|---|---|---|
| 235 | DOJ01545 | DOJ01558 | 4/23/1997 | memo | Steven Lyman | Donald E. Bruce, Jr. | |
| 236 | DOJ01566 | DOJ01568 | 5/14/1997 | report | Chris Watt | Gothrie Short, Jr. | |
| 237 | DOJ01790 | DOJ01796 | 8/13/1997 | lien | Franklin Electric | Donald E. Bruce, Jr. | Kathleen DeMito |
| 238 | USF00355 | USF00355 | 9/3/1997 | letter | Kathleen DeMito | Donald E. Bruce, Jr. | Donald E. Bruce, Jr. |
| 239 | USF00356 | USF00358 | 9/5/1997 | letter | Kathleen DeMito | Donald E. Bruce, Jr. | Gothrie Short, Jr. |
| 240 | DOJ00117 | DOJ00117 | 10/22/1997 | letter | Kathleen DeMito | Kathleen DeMito | |
| 241 | DOJ00118 | DOJ00123 | 10/28/1997 | letter | Kathleen DeMito | Gothrie Short, Jr. | United States Fire Ins. Co.;william ott |
| 242 | USF00359 | USF00359 | 11/19/1997 | letter | Donald E. Bruce, Jr. | Gothrie Short, Jr. | United States Fire Ins. Co.;William Ott |
| 243 | DOJ00125 | DOJ00135 | 11/20/1997 | letter | Joseph S. Graci | Donald E. Bruce, Jr.;Kathleen DeMito | |
| 244 | DOJ00124 | DOJ00124 | 11/24/1997 | letter | Gothrie Short, Jr. | Vincent C. Miseo | Donald E. Bruce, Jr. |
| 245 | DOJ00139 | DOJ00139 | 12/10/1997 | letter | Donald E. Bruce, Jr. | Vincent C. Miseo | |
| 246 | USF00361 | USF00361 | 12/10/1997 | letter | Donald E. Bruce, Jr. | Donald E. Bruce, Jr. | |
| 247 | USF00362 | USF00365 | 12/16/1997 | letter | Gothrie Short, Jr. | Vincent C. Miseo | Jean Love;Norman Lindsey |
| 248 | DOJ00147 | DOJ00147 | 12/16/1997 | letter | Gothrie Short, Jr. | Vincent C. Miseo;Donald E. Bruce, Jr. | |
| 249 | DOJ00148 | DOJ00148 | 12/16/1997 | letter | Gothrie Short, Jr. | Vincent C. Miseo | |
| 250 | DOJ00150 | DOJ00151 | 1/13/1998 | letter | Thomas M. Keeley-Cain | | |
| 251 | DOJ00155 | DOJ00165 | 3/13/1998 | letter | James E. Sykes | Kathleen DeMito | |
| 252 | DOJ00166 | DOJ00167 | 3/17/1998 | letter | Donald E. Bruce, Jr. | | |
| 253 | DOJ00173 | DOJ00174 | 3/17/1998 | letter | Thomas M. Keeley-Cain | U.S. Fire | |
| 254 | DOJ00170 | DOJ00171 | 4/17/1998 | letter | Donald E. Bruce, Jr. | | |
| 255 | DOJ00089 | DOJ00089 | 4/17/1998 | letter | Donald E. Bruce, Jr. | Kathleen DeMito | Vincent C. Miseo;Grant Mcdonald |
| 256 | DOJ00426 | DOJ00427 | 5/13/1998 | letter | Vincent C. Miseo | | |
| 257 | USF00314 | USF00321 | 5/19/1998 | Memorandum | Steven Lyman | | |
| 258 | DCAA-wp01364 | DCAA-wp0137 | 5/19/1998 | memo | Steven Lyman | | |
| 259 | DOJ01360 | DOJ01360 | 5/28/1998 | memo | Susan L. King | | |
| 260 | DOJ01366 | DOJ01366 | 1/14/1999 | claim on bond | Bernadette Kearney | | |
| 261 | DOJ00442 | DOJ00444 | 2/17/1999 | letter | Donald E. Bruce, Jr. | | |
| 262 | DOJ00441 | DOJ00441 | 2/17/1999 | letter | Vincent C. Miseo | | |
| 263 | DOJ00433 | DOJ00433 | 3/11/1999 | letter | Donald E. Bruce, Jr. | | |
| 264 | USF01110 | USF01113 | 4/29/1999 | estimate | Brite-Way | | |
| 265 | USF00324 | USF00325 | 6/8/1999 | letter | Donald E. Bruce, Jr. | Beth Ann Mendell | |
| 266 | USF00984 | USF00985 | 11/4/1999 | pleading | Joseph A. McCormick | | |

Defendant Exhibit List
October 3, 2005

| Def. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | | Recip | Cc | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 267 | DOJ00003 | DOJ00005 | 4/27/2000 | Letter | Corlis L. Sellers;Linda I. Williams | | | | | |
| 268 | DOJ00415 | DOJ00415 | 5/23/2000 | demand on surety | Kathleen DeMito | | | | | |
| 269 | DOJ00398 | DOJ00400 | 5/26/2000 | negotiations for takeover ag | David C. Dreifuss | | Vincent C. Miseo | | | |
| 270 | DOJ01384 | DOJ01384 | 5/31/2000 | letter | Kathleen DeMito | | Gothrie Short, Jr. | | | |
| 271 | DOJ01383 | DOJ01383 | 5/31/2000 | letter | Kathleen DeMito | | | | | |
| 272 | DOJ01385 | DOJ01386 | 6/8/2000 | letter | David C. Dreifuss | | | | | |
| 273 | USF00347 | USF00349 | 6/19/2000 | letter | David C. Dreifuss | | Donald E. Bruce, Jr. | Gothrie Short, Jr. | | |
| 274 | DOJ00394 | DOJ00397 | 6/19/2000 | negotiations for takeover ag | David C. Dreifuss | | | | | |
| 275 | DOJ00392 | DOJ00393 | 6/23/2000 | negotiations for takeover ag | David C. Dreifuss | | Gothrie Short, Jr. | | | |
| 276 | DCAA-wp01149 | DCAA-wp0115 | 8/24/2000 | Eastern invoice | Rammco Surety | | | | | |
| 277 | DOJ00322 | DOJ00323 | 1/29/2001 | cover | | | Gothrie Short, Jr. | | | |
| 278 | DOJ01396 | DOJ01396 | 3/12/2001 | notice to proceed | Linda I. Williams | | Joe Flemming;Ricardo Rodrguez | | | |
| 279 | DOJ00006 | DOJ00010 | 3/19/2001 | memo | Linda I. Williams | | | | | |
| 280 | DOJ01759 | DOJ01786 | 4/20/2001 | test report | | | Beth Ann Mendell | | | |
| 281 | DCAA-wp01283 | DCAA-wp0128 | 6/27/2001 | audit notes, payments | Diana Bunting | | Gothrie Short, Jr. | | | |
| 282 | DOJ01614 | DOJ01698 | 7/21/2001 | test report | | | Joe Flemming;Ricardo Rodrguez | | | |
| 283 | DOJ01787 | DOJ01789 | 8/21/2001 | test report | | | Gothrie Short, Jr. | | | |
| 284 | DOJ01598 | DOJ01598 | 3/27/2002 | test | | | Gothrie Short, Jr. | | | |
| 285 | DOJ01194 | DOJ01194 | 12/17/2003 | DFAS Vendor Pay Inquiry System | | | Gothrie Short, Jr. | | | |
| 286 | DOJ01235 | DOJ01239 | 12/10/2004 | report | Steven Lyman | | Donald E. Bruce, Jr. | Gothrie Short, Jr. | | |
| 287 | USF00322 | USF00323 | 06/00/1999 | letter | Donald E. Bruce, Jr.;Vincent C. Miseo | | | | | |
| 288 | DOJ00187 | DOJ00251 | various | Contract Progress Reports | Beth Ann Mendell;Donald E. Bruce, Jr.;Gothrie Short, Jr.;Matthew D. Ward;Ricardo Rodrguez | | Gothrie Short, Jr. | | | |
| 289 | DOJ00267 | DOJ00321 | various | summary and backup | | | | | | |
| 290 | DOJ01585 | DOJ01585 | | bid? | Eastern Electric | | Gothrie Short, Jr. | Matthew D. Ward | | |
| 291 | DOJ01699 | DOJ01758 | | test report | | | Beth Ann Mendell | | | |
| 292 | | | | drawings | Steven Lyman | | | | | |
| 293 | | | | answers to discovery | U.S. Fire Ins. Co. | | | | | |