**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 03-2811C<br>(Judge Horn) |

**PLAINTIFF'S TRIAL WITNESS LIST**

1. Donald Bruce

a. Topics to be addressed:

Overpayment; conditions at the site; reliance upon Lyman Report; responsibilities of various government personnel with respect to inspections and payment to TriGems; factors in connection with termination of TriGems, a minority contractor; process with respect to payment; identification of documents; possibly as to input with respect to problems regarding the performance of TriGems and related issues.

b. Time needed for direct examination:

One to Two Hours

2. Kathleen DeMito

a. Topics to be addressed;

Input received from Lyman and possibly others with respect to the performance of TriGems; amount paid to TriGems; input with respect to termination of TriGems and what was communicated to the officer who had final authority; who wrote various government documents with respect to performance of TriGems; communications with the plaintiff's representatives; identification of documents and related issues.

b. Time needed for direct examination:

One To Two Hours

3. Joseph Flemming

a. Topics to be addressed:

Conditions which he observed at the site as the Chief of Inspectors; the functions of the inspectors; communications between the inspectors and the contracting office; inspection conducted with Steven Lyman; identification of documents and related issues

b. Time needed for direct examination:

30 Minutes to One Hour

4. Steve Lyman

a. Topics to be addressed:

His involvement with the project throughout; his knowledge of the project; his role in connection with the project; the roles of others with respect to the project; his observations and preparation of the first report; identification of the report; identification of other documents with respect to the performance of TriGems; his communications with others within the Government with respect to the project; his background and expertise and related issues.

b. Time needed for direct examination:

One To Two Hours

5. Scott Wilson

a. Topics to be addressed:

Extent of his involvement with the project; his review of the Lyman Report; functions of the various governmental employees with respect to the project; input he received and/or provided with respect to the project; identification of documentation and related issues.

b. Time needed for direct examination:

60 to 90 minutes

6. Gregory Baxley

a. Topics to be addressed:

The input he received in connection with a letter dated July 28, 1999 and identification of the letter.

b. Time needed for direct examination.

20 to 30 minutes

**PLEASE NOTE**: All the above are employees of the Defendant and Plaintiff reserves the right to impeach them, have them declared as a hostile witness and/or to call one of the witnesses to impeach another.

7. Bruce Dickstein

a. Topics to be addressed:

Relationship between Universal Bonding Insurance Company and the Plaintiff; reliance of the surety upon documentation from the Government with respect to the status of completion; surety's losses and related issues, impact of overpayment; the retention of Eastern Construction to complete; completion by Eastern Construction and payments by the surety and related issues.

b. Time needed for direct examination:

90 minutes to 2 hours

8. Michael Spinelli, Architect

a. Topics to be addressed:

Mr. Spinelli is an architect expert witness. He was also involved with the relet process by the surety. Topics include conditions which he observed with respect to the relet process; reliance upon Lyman initial report by the surety in connection with the relet process; input which the surety received from the Government; confirmation of the overpayment; the retention of Eastern Construction to complete; completion by Eastern Construction and payments by the surety and related issues; and he will be called to rebut Steve Lyman, if necessary. He will also identify documents.

b. Time needed for direct examination:

2 to 3 hours

9. Don Kane, P.E.

a. Topics to be addressed:

Mr. Kane may not be necessary. He assisted Mr. Spinelli with the latest expert report and will be called only if necessary to supplement Mr. Spinelli as to refuting Mr. Lyman's 2004 report.

b. Time needed for direct examination.

Approximately 1 hour.

Respectfully submitted,

s/ David C. Dreifuss
26 Columbia Turnpike
Florham Park, NJ 07932
Tele: (973) 574-1414
Fax: (973) 514-5959

G:\FPDATA\Clients\Universal Bonding-Lumbermens\TRIGEMS\FEDERAL CLAIMS\Witness List Trial.doc