# DREIFUSS BONACCI & PARKER, LLP

ATTORNEYS AT LAW

David C. Dreifuss (NJ)
JoAnne M. Bonacci (NJ & PA)
Ronald I. Parker (NJ & NY)
Bruce Dickstein (NJ & NY)

Lisa Kaplan (NJ)
*Of Counsel*

Paul H. Mandal (NJ & NY)
Guido S. Weber (NJ, NY, DC & PA)
Kenneth J. Rosellini (NJ & NY)
George Christopoulos (NJ & NY)
Gary Strong (NJ & NY)
Monika S. Pundalik (NJ)
Eli J. Rogers (NJ)

26 Columbia Turnpike
*North Entrance*
Florham Park, New Jersey 07932

(973) 514-1414
Telefax (973) 514-5959

Writer's E-mail Address:
*ddreifuss@dbplawfirm.com*

One Penn Plaza
36th Floor
New York, New York 10119
(212) 835-1514

1500 Market Street
12th Floor
East Tower
Philadelphia, Pennsylvania 19102

***Please reply to New Jersey Office***

October 3, 2005

VIA EMAIL
Clerk,
United States Court of Federal Claims

Enclosed herewith please find the Appendix A filings on behalf of the plaintiff and/or Joint Submissions in connection with the above referenced matter.

The attached are comprised of the following:

1. List of witnesses and anticipated subject matter of testimony on behalf of the plaintiff;

2. List of potential trial exhibits.

It is my understanding that the other submissions are being filed directly by the Government.

Respectfully,

DAVID C. DREIFUSS

DCD/rg
enc.
cc: Christian Moran, Esq. w/enc.