# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * *

**UNITED STATES FIRE INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * *

**No. 03-2811C**
**Filed: October 11, 2005**

**O R D E R**

The court held a pretrial conference in the above captioned case on October 6, 2005. As discussed with the parties at the pretrial conference, the court sets the following **SCHEDULE**: on or before **Friday, October 14, 2005, at 12:00 p.m.**, the parties shall file a revised joint trial exhibit list, plaintiff's trial exhibit list, and defendant's trial exhibit list, reflecting sequential Bates numbering, and including objections to exhibits. Also on or before **Friday, October 14, 2005, at 12:00 p.m.**, the parties shall file short briefs on the legal issue of the government's responsibilities toward a surety. Finally, on or before **Friday, October 14, 2005, at 12:00 p.m.**, plaintiff shall file a response to the defendant's October 3, 2005 motion for leave to file portions of a deposition transcript.

Due to the defective filings as discussed at the pretrial conference on October 6, 2005, the court **SCHEDULES** a second pretrial conference for **Wednesday, October 19, 2005, at 10:30 a.m. EDT**, at the National Courts Building, 717 Madison Place, NW, Washington, DC. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (973) 514-1414 and defendant's counsel at (202) 307-6299. For this next pretrial conference, defendant shall finalize its witness list, and be prepared to provide an estimate of the time required for direct examination of each government witness. Plaintiff shall be prepared to identify potential rebuttal witnesses.

As previous scheduled, trial will commence on **Monday, October 24, 2005, at 9:30 a.m. EDT**, at the National Courts Building, 717 Madison Place, NW, Washington, DC 20005. The courtroom number will be posted on the morning of the first day of trial. The trial will continue on successive days until all relevant evidence has been taken.

**IT IS SO ORDERED.**

**s/ Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**