IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2811C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S LIST OF WITNESSES

Pursuant to the Court's order dated May 19, 2005, the Court's order dated October 6, 2005, and paragraph 15 of Appendix A to the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United Stated, submits the following revised list of witnesses. This list does not contain witnesses which defendant may choose to use for impeachment. RCFC, Appendix A ¶ 15.a. Defendant reserves the right to amend this list as permitted by the Court's rules. Defendant also reserves the right to call all witnesses listed on plaintiff's witness list.

In revising this list of witnesses, the United States made the following changes. First, the United States explicitly added Mr. Dickstein as a "will call" witness.[1] Second, the United States has described with more particularity the need to call

[1] Previously, the United States reserved the right to call all witnesses listed by plaintiff. Mr. Dickstein was listed by plaintiff on its list.

"may call" witnesses and provided approximate times for their testimony. Third, the United States has eliminated three "may call" witnesses: TSgt. Pederson, Mr. Rodriguez, and Mr. Ward.

"Will Call" Witnesses

Ms. Beth Mendell
Supervisory Procurement Analyst
U.S. Army Contracting Agency
Army Reserve Contracting Center
SFCA-NR-ARCC
5418 South Scott Plaza
Fort Dix, NJ 08640-5097
Ph: 609-562-4869

Ms. Mendell was the Contract Administrator. In this role, she served as an intermediary between Tri-Gems and the contracting officer. Ms. Mendell evaluated whether the contracting officer should authorize payments as requested by Tri-Gems. She stopped working at McGuire before the contract with Tri-Gems was terminated.

We anticipated that this witness's direct testimony will last approximately 90 minutes.

Ms. Kathleen DeMito
Willow Grove Naval Air Base
913 AW/CONF (K.Demito)
1051 Fairchild Street
Willow Grove ARS, PA 19090-5203

Ms. DeMito served as the primary contracting officer for the contract with Tri-Gems. She also acted as a supervisor for Ms. Beth Ann Mendell and Mr. Donald Bruce when they acted as contract

administrators. Ms. DeMito possesses knowledge of the various issues and problems that arose during performance of the contract by Tri-Gems. Ms. DeMito should also be knowledgeable about the takeover agreement with U.S. Fire.

We anticipated that this witness's direct testimony will last approximately two hours.

Mr. Donald Bruce
36 Contracting Squadron
Andersen AFB, Guam
011-671-366-6622

Mr. Bruce served as the contracting officer when Tri-Gems stopped performing work on the contract. He notified Tri-Gems that the Air Force was imposing liquidated damages and also notified Tri-Gems that the Air Force was terminating the contract for default.

We anticipated that this witness's direct testimony will last approximately one hour.

Mr. Steve Lyman
305 Civil Engineering Squadron
2403 Vandenberg Ave
McGuire AFB, NJ 08641-1712
(609) 754-6181

Mr. Lyman was the chief project engineer for this contract. He oversaw the contract during Tri-Gems' performance of the contract. He is familiar with the performance problems and with

the work performed by Tri-Gems. In May 1998, Mr. Lyman prepared a report in which he, among other things, estimated that Tri-Gems completed 60 percent of the work and that 60 percent of this completed work needed to be redone. In December 2004, Mr. Lyman prepared another report in which he stated that his estimates in May 1998 were not correct.

We anticipated that this witness’s direct testimony will last approximately two hours.

Mr. Edward Baker
Defense Supply Center Philadelphia
G and I
700 Robbins Ave.
Philadelphia, PA 19111-5092

Mr. Baker is the contracting officer who signed a “final decision,” dated April 30, 2003. Mr. Baker denied the “certified claim” presented by U.S. Fire Ins. Co.

We note that Mr. Baker’s testimony may not be relevant for two reasons. First, U.S. Fire Ins. Co. is not pursuing a claim based upon the Contract Disputes Act. The Court has noted that U.S. Fire Ins. Co. is pursuing an action based upon equitable subrogation, which is a doctrine not based upon a contract. United States Fire Ins. Co. v. United States, 61 Fed. Cl. 494, 499 (2004); see also Transamerica Ins. Co. v. United States, 31 Fed. Cl. 60l, 602 (1994). Thus, this case is comparable to another case brought by a surety. In evaluating the effect of

what was described as a contracting officer's final decision, the Court stated: "The contracting officer's views to the contrary, being incorrect as a matter of law, are therefore of no legal significance." Fidelity & Deposit Co. of Maryland v. United States, 31 Fed. Cl. 540, 543 (1994). Second, even if this case were brought pursuant to the Contract Disputes Act, the factual determinations made by the contracting officer are reviewed de novo. Wilner v. United States, 24 F.3d 1397, 1403 (Fed. Cir. 1994) (en banc); Flink/Vulcan v. United States, 63 Fed. Cl. 292, 309-10 (2004), appeal filed Fed. Cir. No. 05-5048.

Nevertheless, in the status conference on August 31, 2005, the Court indicated that it wanted to hear from Mr. Baker. Consequently, absent further instruction from the Court, we intended to call Mr. Baker as a witness.

We anticipated that this witness's direct testimony will last approximately one hour.

Mr. Scott Wilson
Chief Engineering Flight Civil Engineering Squadron
2403 Vandenberg Ave
McGuire AFB, NJ 08641
609-754-2768

While Tri-Gems was performing the contract, Mr. Wilson was the Chief of the Engineering Flight and then the Deputy Base Civil Engineer. He managed the program, design and construction

at McGuire Air Force Base. The contract construction inspectors reported, indirectly, to him.

We anticipated that this witness’s direct testimony will last approximately 30 minutes.

Diane M. Bunting
Defense Contract Audit Agency
Southern New Jersey Branch Office
10 Melrose Ave., Suite 200
Cherry Hill, NJ 08003-3647
(856) 354-7538

Ms. Bunting audited the claim made by U.S. Fire Ins. Co. in this case and produced a report based upon her work. Ms. Bunting examined the accounting records of Eastern Electric and determined that Eastern earned a very large profit on the completion contract with U.S. Fire Ins. Co.

We anticipated that this witness’s direct testimony will last approximately one hour.

Bruce Dickstein
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike
Florham Park, NJ 07932
(973) 514-1414

Mr. Dickstein was designated by U.S. Fire Ins. Co. to testify as the party’s representative at a deposition noticed pursuant to RCFC 30(b)(6). In this capacity, the United States filed a motion to admit this deposition pursuant to RCFC 32. In

addition to the topics covered in that deposition, the United States anticipates inquiring about how U.S. Fire Ins. Co. issued its invitation for bid.

U.S. Fire Ins. Co. has indicated that it will call Mr. Dickstein as the first witness in its case on Monday, October 24, 2005. The United States respectfully requests that it be permitted to call Mr. Dickstein as part of our case in chief immediately following his testimony for U.S. Fire Ins. Co. If we are permitted to call Mr. Dickstein as part of our case, then he will be required to testify at trial only once. In addition, we note that U.S. Fire Ins. Co. has requested that the Court accommodate Mr. Dickstein’s request that his testimony conclude in time for him to observe certain religious obligations. The United States believes such accommodation is possible.

We anticipate that Mr. Dickstein’s direct testimony as part of our case will last approximately 30 minutes.

<u>"May Call" Witnesses</u>

Mr. David C. Dreifuss
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike
Florham Park, NJ 07932

Mr. Dreifuss is an attorney who represented the surety before it entered into a takeover agreement with the Air Force and when it entered into a completion contract with Eastern. Mr. Dreifuss contributed, at least in part, to the drafting of both the takeover agreement and the completion contract. He also wrote many letters on these topics. U.S. Fire Ins. Co. has listed, either on plaintiff's list of exhibits or on the joint list of exhibits, documents drafted by Mr. Dreifuss.

Mr. Dreifuss also represents U.S. Fire Ins. Co. in this litigation. Consequently, the United States anticipates that Mr. Dreifuss's testimony is unlikely to be needed. However, his testimony may be necessary if employees of U.S. Fire Ins. Co. do not acknowledge and/or recall work that he conducted while representing U.S. Fire Ins. Co.

If Mr. Dreifuss is required to testify, we anticipate that his testimony will last approximately 45 minutes.

Ms. Gayle Kaneaster
Contracting Office
McGuire AFB, NJ 08641

Ms. Kaneaster is a current custodian of documents in the files of the Air Force. If necessary, Ms. Kaneaster can testify to the foundational elements to qualify certain documents as business records.[2]

If required Ms. Kaneaster to testify, Ms. Kaneaster would testify for approximately 30 minutes.

Ms. Linda Williams (Retired)
25 Terrace Rd
Browns Mills, NJ 08015

Ms. Williams was the alternate contracting officer who oversaw the contract when either Ms. DeMito or Mr. Bruce were absent from the office.

Her testimony is not likely to be needed. Her testimony may be required if U.S. Fire Ins. Co. objects to documents that she authored.

If Ms. Williams were required to testify, she would testify for approximately 30 minutes.

---

[2] Due in part to the Columbus Day holiday and Yom Kippur, U.S. Fire Ins. Co. did not anticipate completing its list of objections to documents on defendant's exhibit list until the morning of Friday, October 14, 2005. Because we do not know the extent of these objections, the United States has included Ms. Kaneaster and Ms. Williams as a may call witnesses.

Ms. Carlen Capenos
Contract Specialist
Contracting Squadron
Andersen AFB, Guam
011-671-366-6603

Ms. Capenos acted as the contract administrator after Tri-Gems' contract was terminated. She arranged to pay U.S. Fire Ins. Co. the balance of the original contract as the parties agreed in the takeover agreement. Her testimony appears to be unnecessary because U.S. Fire Ins. Co. has stipulated that the Air Force paid the balance of the contract to it. See, Joint Stipulations of Fact, dated October 3, 2005, ¶ 52.

If Ms. Capenos is called to testify, we would request that she be permitted to testify remotely – either by telephone or by videoconferencing. If she is called to testify, we anticipate her testimony would last for approximately 15 minutes.

Mr. Joe Flemming
Chief of Maintenance Engineering
Civil Engineering Squadron
McGuire AFB, NJ 08641
609-754-4868

Mr. Flemming served as chief of construction management from September 1994 until October 1998. As chief of construction management, he supervised the Government's inspectors on this project. U.S. Fire Ins. Co. listed Mr. Flemming as a witness on its witness list. If, for some reason, U.S. Fire Ins. Co. did

not call Mr. Flemming, then the United States is unlikely to call him as a witness.

We anticipate that Mr. Flemming's testimony would last approximately one hour.

Bill Ott
2404 Vandenberg Ave.
McGuire AFB, NJ 08641
(609) 754-6176

Mr. Ott served as the contracting officer's technical representative ("COTR") when the replacement contractor, Eastern Electric, Inc., was performing. Mr. Ott's testimony would be necessary if there were some question about the performance of Eastern Electric. Because the parties have stipulated that Eastern Electric completed the contract (see Joint Stipulations of Fact, dated October 3, 2005, ¶¶ 46, 50-51), Mr. Ott's testimony is unlikely.

If Mr. Ott testified, we anticipate that his testimony would last one hour.

Joseph H. Shattuck
Defense Contract Audit Agency
Southern New Jersey Branch Office
10 Melrose Ave., Suite 200
Cherry Hill, NJ 08003-3647
(856) 354-7528

Mr. Shattuck assisted in auditing the claim made by U.S. Fire Ins. Co. in this case. Mr. Shattuck's testimony may be required if Ms. Bunting, the auditor for DCAA, cannot testify.

If Mr. Shattuck testified, we anticipate that his testimony would last approximately one hour.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

dated: October 14, 2005