IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-2811C<br>(Judge Horn) |

SUPPLEMENTAL JOINT STIPULATIONS OF FACT AND LAW WITH RESPECT TO THE BANKRUPTCY FILINGS OF TRI-GEMS AND ITS INDIVIDUAL OWNERS

Pursuant to the Court's request during the October 6, 2005 status conference, the parties respectfully submit the following additional stipulations. The parties believe that the present case is not affected by the bankruptcy petition filed by Tri-Gems Builders, Inc. ("Tri-Gems"). The parties also believe that the present case is not affected by the bankruptcy petitions filed by the individuals that owned Tri-Gems.

1. Tri-Gems is not a party to these proceedings and is not the real party in interest.

2. The bankruptcy filing of Tri-Gems does not result in a stay of these proceedings since it is not a party hereto.

3. None of the individual owners of Tri-Gems are parties to this litigation. Therefore, their bankruptcy filings do not cause a stay of these proceedings. They are also not the real party in interest.