**DREIFUSS, BONACCI & PARKER, LLP**
26 Columbia Turnpike
Florham Park, New Jersey 07932
Phone (973) 514-1414
Fax (973) 514-5959
*Attorneys for Plaintiff United States*
*Fire Insurance Company*

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **UNITED STATES FIRE INSURANCE COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | **No. 03-2811C**<br>**(Judge Horn)** |

**NOTE TO JUDGE HORN**

Your Honor:

Please note that after the Joint List had been prepared and we thought approved, all of the bate stamping had been performed by this office.

Counsel for the Government has recently indicated that he has objections to a few of the exhibits. However, it was too late to change all of the numbering and all of the lists. Therefore, the Joint Exhibit List does include several objections.

Respectfully,

DREIFUSS BONACCI & PARKER, LLP
Attorney for Plaintiff,
United States Fire Insurance Company

By: ______________________________
DAVID C. DREIFUSS

c:universal\trigems\litigation\notetoJudgeHorn