Joint Exhibit List

October 14, 2005

| Jt. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | | Recip | Cc | Objections |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 15 | 5/14/1993 | General Indemnity Agreement | | | | | |
| 2 | 16 | 55 | 10/26/1995 | Tri-Gems Bid | | | | | |
| 3 | 56 | 62 | 11/7/1995 | Performance and Payment Bond | | | | | |
| 4 | 63 | 63 | 1/6/1996 | memo | Steven Lyman | | Rodriguez | | |
| 5 | 64 | 64 | 2/22/1996 | letter | Kathleen DeMito | | Tri-Gems | | |
| 6 | 65 | 65 | 3/15/1996 | Progress schedule | | | Government | | |
| 7 | 66 | 67 | 4/23/1996 | memo | Matthew D. Ward;Steven Lyman | | B.Mendell, Matthew Ward | | |
| 8 | 68 | 68 | 4/24/1996 | progress schedule | | | | | |
| 9 | 69 | 73 | 6/7/1996 | Daily Inspection Records | Matthew D. Ward | | | | |
| 10 | 74 | 74 | 7/9/1996 | letter | Linda I. Williams | | Tri-Gems | | |
| 11 | 75 | 75 | 7/24/1996 | progress schedule | | | Government | | |
| 12 | 76 | 76 | 8/1/1996 | letter | Gothrie Short, Jr.;Beth Ann Mendell | | | | |

Joint Exhibit List

October 14, 2005

| Jt. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | | Recip | Cc | Objections |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 77 | 78 | 8/6/1996 | **memo** | **Steven Lyman** | | **Matt Ward** | | |
| 14 | 79 | 81 | Various | **memos** | **Gothrie Short and Joe Fleming Beth Mendell** | | | | |
| 15 | 82 | 113 | Sept. 1996 | **Daily Inspection Records** | **Ricardo Rodrguez** | | | | |
| 16 | 114 | 114 | 8/29/1996 | **memo** | **Joe Flemming** | | **DeMito and Mendell** | | |
| 17 | 115 | 148 | Various | **Daily Inspection Records** | **Ricardo Rodrguez** | | | | |
| 18 | 149 | 180 | Various | **Daily Inspection Records** | **Ricardo Rodrguez** | | | | |
| 19 | 181 | 181 | 12/27/1996 | **memo** | **Beth Ann Mendell** | | | | |
| 20 | 182 | 191 | Various | **Daily Inspection Record** | **Ricardo Rodrguez** | | | | |
| 21 | 192 | 193 | 2/7/1997 | **memo** | **Scott K. Borges** | | | | |
| 22 | 194 | 194 | 2/11/1997 | **letter** | **Linda I. Williams** | | **Tri-Gems Rodriguez Wilson** | | |
| 23 | 195 | 196 | 2/13/1997 | **letter** | **Kathleen DeMito** | | **Tri-Gems** | | |

Joint Exhibit List

October 14, 2005

| Jt. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | | Recip | Cc | Objections |
|---|---|---|---|---|---|---|---|---|---|
| 24 | 197 | 198 | 3/26/1997 | **memo** | **Steven Lyman** | | **C.King** | | |
| 25 | 199 | 199 | 3/31/1997 | **memo** | **Steven Lyman** | | **C.King** | | |
| 26 | 200 | 200 | 4/16/1997 | **memo** | **Steven Lyman** | | **C.King** | | |
| 27 | 201 | 231 | Various | **Daily Inspection Records** | **Ricardo Rodrguez** | | | | |
| 28 | 232 | 263 | Various | **Daily Inspection Records** | **Ricardo Rodrguez** | | | | |
| 29 | 264 | 264 | 8/25/1997 | **memo** | **Steven Lyman** | | **C.King** | | |
| 30 | 265 | 266 | 9/5/1997 | **letter / show cause** | **Kathleen DeMito** | | **TriGems** | U.S.Fire | |
| 31 | 267 | 268 | 10/15/1997 | **Modificatio n** | **Kathleen DeMito** | | | | |
| 32 | 269 | 270 | 12/12/1997 | **letter** | **Donald E. Bruce, Jr.** | | **Tri-Gems** | | |
| 33 | 271 | 272 | 12/12/1997 | **Withdrawn** | **Donald E. Bruce, Jr.** | | **TriGems** | | Redundant |
| 34 | 273 | 327 | 12/18/1997 | **Daily Inspection Records** | **Ricardo Rodrguez** | | | | |
| 35 | 328 | 328 | 1/7/1998 | **letter** | **Donald E. Bruce, Jr.** | | **TriGems** | | |
| 36 | 329 | 329 | 2/2/1998 | **memo** | **Joe Flemming** | | **DeMito Bruce** | | |
| 37 | 330 | 332 | 2/12/1998 | **letter** | **Donald E. Bruce, Jr.** | | **T.Keeley-Cain** | | |

Joint Exhibit List

October 14, 2005

| Jt. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | | Recip | Cc | Objections |
|---|---|---|---|---|---|---|---|---|---|
| 38 | 333 | 333 | 3/18/1998 | Letter | Donald E. Bruce, Jr. | | Tri-Gems | | |
| 39 | 334 | 337 | 2/24/1999 | letter | Donald E. Bruce, Jr. | | Gothrie Short and Vince Miseo | | |
| 40 | 338 | 339 | 2/24/1999 | Withdrawn | Donald E. Bruce, Jr.` | | TriGems | | |
| 41 | 340 | 361 | 8/4/2000 | invitation to bid | Michael W. Spinelli | | | | Redundant |
| 42 | 362 | 362 | 8/4/2000 | invitation to bid | Exhibit A | | | | |
| 43 | 363 | 365 | 8/4/2000 | invitation to bid | Exhibit B | | | | |
| 44 | 366 | 369 | 8/4/2000 | invitation to bid | Exhibit C | | | | |
| 45 | 370 | 418 | 8/4/2000 | invitation to bid | Exhibit D | | | | |
| 46 | 419 | 427 | 8/4/2000 | invitation to bid | Exhibit E | | | | |
| 47 | 428 | 433 | 8/4/2000 | invitation to bid | Exhibit F | | | | |
| 48 | 434 | 435 | 8/4/2000 | invitation to bid | Exhibit G | | | | |
| 49 | 436 | 441 | 8/4/2000 | invitation to bid | Exhibit H | | | | |
| 50 | 442 | 454 | 8/4/2000 | invitation to bid | Exhibit I | | | | |
| 51 | 455 | 458 | 8/4/2000 | invitation to bid | Exhibit J | | | | |
| 52 | 459 | 468 | 8/4/2000 | invitation to bid | Exhibit K | | | | |

Joint Exhibit List

October 14, 2005

| Jt. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | | Recip | Cc | Objections |
|---|---|---|---|---|---|---|---|---|---|
| 53 | 469 | 472 | 8/4/2000 | **invitation to bid** | **Exhibit L** | | | | |
| 54 | 473 | 474 | 8/4/2000 | **invitation to bid** | **Exhibit M** | | | | |
| 55 | 475 | 492 | 12/19/2000 | **Completion Agreement** | **Bruce Dickstein;Luis Bolanos** | | | | |
| 56 | 493 | 497 | 1/29/2001 | **Takeover Agreement** | **Kathleen DeMito;Bruce Dickstein** | | | | |
| 57 | 498 | 505 | 3/20/2001 | **Modificatio n / Takeover Agreement** | **Bruce Dickstein LindaWilliams** | | | | |
| 58 | 506 | 510 | 4/30/2003 | **Final Decision** | **Edward J. Baker** | | | | Relevance |
| 59 | 511 | 511 | 12/17/2003 | **DFAS Vendor Pay Inquiry System** | | | | | 2 Items Relevance |
| 60 | 512 | 512 | 12/9/2003 | **memo-randum** | **Carlen Capenos** | | | | Relevanc Incomplete |
| 61 | 513 | 570 | Various | **Tri-Gems Invoices Progress** | | | | | |