Plaintiff's Exhibit List

*U.S. Fire Ins. Co. v. U,.S.*
No.: 03-2811C

| Pl. Ex.# | Beg. Doc.# | End.Doc.# | Docdate | Doctype | Author | Recip | Cc | Objection |
|---|---|---|---|---|---|---|---|---|
| 100 | 571 | 571 | Feb. 1996 | Letter | Linda Williams | Tri Gems Builders | | |
| 101 | 572 | 572 | 2/22/1996 | Letter | Kathleen DeMito | TriGems Builders | Beth Mendell | |
| 102 | 573 | 573 | 3/14/1996 | Letter | Kathleen DeMito | TriGems Builders | Beth Mendell | |
| 103 | 574 | 574 | 3/19/1996 | Memo to file | BethAnn Mendell and Kathleen Demito | File | | |
| 104 | 575 | 576 | 4/19/1996 | Memo for record | BethAnn Mendell | Memo for Record | | |
| 105 | 577 | 578 | 4/23/1996 | Memo | Matthew Ward | Beth Ann Mendell | | Duplicate JX7 |
| 106 | 579 | 579 | 5/13/1996 | Daily Inspection Report | | | | Incomplete see DX295 |
| 107 | 580 | 580 | 5/17/1996 | Daily Inspection Report | | | | Incomplete see DX295 |

| Pl. Ex.# | Beg. Doc.# | End.Doc.# | Docdate | Doctype | Author | Recip | Cc | Objection |
|---|---|---|---|---|---|---|---|---|
| 108 | 581 | 585 | 6/26/1996 | Memo with attachments, | Scott Wilson | LGCC | | |
| 109 | 586 | 586 | 7/17/1996 | Daily Inspection Record | | | | Incomplete see DX296 |
| 110 | 587 | 587 | 7/9/1996 | Letter | Linda Williams | Mendell and | | |
| 111 | 588 | 588 | 7/18/1996 | Daily Inspection Record | | | | Incomplete see Dx296 |
| 112 | 589 | 589 | 8/8/1996 | Daily Inspection Report | | | | Incomplete see Dx296 |
| 113 | 590 | 591 | 8/6/1996 | Memo | Steve Lyman | M. Ward | | Duplicate see JX 13 |
| 114 | 592 | 592 | 8/8/1996 | Memo | Joe Flemming | Kathleen DeMito and Beth Mendell | | Duplicate see Jx 14 |

| Pl. Ex.# | Beg. Doc.# | End.Doc.# | Docdate | Doctype | Author | Recip | Cc | Objection |
|---|---|---|---|---|---|---|---|---|
| 115 | 593 | 593 | Aug, 1996 | Daily Inspection Report | Unknown | | | Incomplete |
| 116 | 594 | 594 | 8/22/1996 | Daily Inspection Report | Unknown | | | Incomplete |
| 117 | 595 | 595 | Aug, 1996 | Daily Inspection Report | Unknown | | | Incomplete |
| 118 | 596 | 596 | Sept, 1996 | Daily Inspection Report | Unknown | | | Incomplete |
| 119 | 597 | 597 | Sept, 1996 | Daily Inspection Report | Unknown | | | Incomplete |
| 120 | 598 | 598 | Sept.1996 | Daily Inspection Report | Unknown | | | Incomplete |
| 121 | 599 | 599 | Sept.1996 | Daily Inspection Report | Unknown | | | Incomplete |

Plaintiff's Exhibit List

*U.S. Fire Ins. Co. v. U,.S.*
No.: 03-2811C

| Pl. Ex.# | Beg. Doc.# | End.Doc.# | Docdate | Doctype | Author | Recip | Cc | Objection |
|---|---|---|---|---|---|---|---|---|
| 122 | 600 | 600 | Sept.1996 | Daily Inspection Report | Unknown | | | Incomplete |
| 123 | 601 | 602 | 9/20/1996 | Memo | Scott Wilson | LGCC | | |
| 124 | 603 | 603 | 9/20/1996 | Memo | B.Mendell | CE/CECC | | |
| 125 | 604 | 606 | 9/27/1996 | Memo with attached memo from TriGems Builders dated 9/16/1996 | Steve Lyman | Beth Mendell | | |
| 126 | 607 | 607 | 1/6/1996 | Memo | Steve Lyman | Rodriguez | Incomplete | Duplicate JX 4 (date of letter is wrong) Incomplete |
| 127 | 608 | 608 | 1/6/1997 | Daily Inspection Report | Unknown | | | Incomplete |
| 128 | 609 | 609 | 1/7/1997 | Daily Inspection Report | Unknown | | | Incomplete |

| Pl. Ex.# | Beg. Doc.# | End.Doc.# | Docdate | Doctype | Author | Recip | Cc | Objection |
|---|---|---|---|---|---|---|---|---|
| 129 | 610 | 610 | 1/21/1997 | Daily Inspection Report | Unknown | | | Incomplete |
| 130 | 611 | 611 | 1/3/1997 | Daily Inspection Report | Unknown | | | Incomplete |
| 131 | 612 | 612 | Jan. 1997 | Daily Inspection Report | Unknown | | | Incomplete |
| 132 | 613 | 613 | 1/30/1997 | Daily Inspection Report | Unknown | | | Incomplete |
| 133 | 614 | 614 | Jan. 1997 | Daily Inspection Report | Unknown | | | Incomplete |
| 134 | 615 | 615 | 1/30/1997 | Memo | Joseph Flemming | Beth Mendell | | |
| 135 | 616 | 616 | 2/11/1997 | Letter | Linda Williams | Beth Mendell and TriGems | | Duplicate JX21 |

| Pl. Ex.# | Beg. Doc.# | End.Doc.# | Docdate | Doctype | Author | Recip | Cc | Objection |
|---|---|---|---|---|---|---|---|---|
| 136 | 617 | 617 | 3/10/1997 | Field Memo | R.Rodriguez, Linda Williams | | | |
| 137 | 618 | 619 | 3/26/1997 | Memo | Steve Lyman | Craig King | | Duplicate JX24 |
| 138 | 620 | 620 | 3/31/1997 | Memo | Steve Lyman | Craig King | | Duplicate JX25 |
| 139 | 621 | 621 | Jun-97 | Daily Inspection Record | Unknnown | | | Incomplete see Dx295 |
| 140 | 622 | 622 | Jun-97 | Daily Inspection Record | Unknown | | | Incomplete see Dx295 |
| 141 | 623 | 623 | 8/25/1997 | Memo | Steve Lyman | Craig King | | Duplicate JX29 |
| 142 | 624 | 624 | 12/12/1997 | Letter | Donald Bruce | TriGems Builders | | Duplicate JX33 |
| 143 | 625 | 625 | 1/7/1999 | Letter | Donald Bruce | Gothrie Short | | Duplicate JX35 |

| Pl. Ex.# | Beg. Doc.# | End.Doc.# | Docdate | Doctype | Author | Recip | Cc | Objection |
|---|---|---|---|---|---|---|---|---|
| 144 | 626 | 626 | 2/2/1998 | Letter | Joseph Flemming | Kathleen DeMito and Donald Bruce | | Duplicate JX36 |
| 145 | 627 | 629 | 2/18/1998 | Notes to File re:TriGems | Unknown | | | Foundation; Hearsay Authenticity |
| 146 | 630 | 630 | 3/18/1998 | Letter | Donald Bruce | Gothrie Short | | Duplicate JX38 |
| 147 | 631 | 631 | 3/20/1998 | Memo | Steve Lyman | Kathleen DeMito | Many | |
| 148 | 632 | 632 | 3/23/1998 | Letter | Michael Smith | Sue King | | |
| 149 | 633 | 633 | 4/17/1998 | Letter | Donald Bruce | Gothrie Short | | Duplicate Dx254 and Dx255 |
| 150 | 634 | 640 | 5/19/1998 | Memo | Steve Lyman | Donald Bruce | | Duplicate DX257 |

| Pl. Ex.# | Beg. Doc.# | End.Doc.# | Docdate | Doctype | Author | Recip | Cc | Objection |
|---|---|---|---|---|---|---|---|---|
| 151 | 641 | 643 | 2/24/1999 | Letter | Donald Bruce | Gothrie Short | | Duplicate JX39 and 40 |
| 152 | 644 | 644 | Unknown | Letter | Donald Bruce | Vincent Miseo | | |
| 153 | 645 | 648 | 6/8/1999 | Letter | Donald Bruce | Vincent Miseo | | Two documents combined as one |
| 154 | 649 | 649 | 8/4/1997 | Contract Progress Report | Gothrie Short and Charles T. Duga | | | |
| 155 | 650 | 651 | 10/15/1997 | Modification of Contract | Kathleen DeMito | | | Duplicate JX31 |
| 156 | 652 | 652 | 6/2/1999 | Letter | Vincent Miseo | Donald Bruce | | Relevance |

| Pl. Ex.# | Beg. Doc.# | End.Doc.# | Docdate | Doctype | Author | Recip | Cc | Objection |
|---|---|---|---|---|---|---|---|---|
| 157 | 653 | 653 | 7/15/1999 | Letter | Vincent Miseo | Donald Bruce | | Relevance |
| 158 | 654 | 655 | 7/23/1999 | Letter | David Dreifuss | Capt. Gregory Baxley | | **Relevance** |
| 159 | 656 | 657 | 8/6/1999 | Letter | David Dreifuss | Donald Bruce | | |
| 160 | 658 | 659 | 9/24/1999 | Letter | David Dreifuss | Donald Bruce | | Relevance |
| 161 | 660 | 661 | 4/12/2000 | Letter | David Dreifuss | Capt. Gregory Baxley | | |
| 162 | 662 | 664 | 5/26/2000 | Letter | David Dreifuss | Kathleen DeMito | | |

Plaintiff's Exhibit List

*U.S. Fire Ins. Co. v. U,.S.*
No.: 03-2811C

| Pl. Ex.# | Beg. Doc.# | End.Doc.# | Docdate | Doctype | Author | Recip | Cc | Objection |
|---|---|---|---|---|---|---|---|---|
| 163 | 665 | 671 | 9/8/2000 | Letter and Revised Takeover Agreement | Kathleeen DeMito | JoAnne Bonacci | | Relevance |
| 164 | 672 | 689 | 12/19/2000 | Completion Agreement | | | | Duiplicate JX55 |
| 165 | 690 | 698 | 1/19/2001 | Letter and Takeover Agreement | David Dreifuss | Kathleen DeMito | | |
| 166 | 699 | 700 | 1/30/2001 | Letter | David Dreifuss | Kathleen DeMito | | |
| 167 | 701 | 701 | 2/28/2001 | Letter | Linda Williams | Insurance Company | | |
| 168 | 702 | 704 | 3/22/2001 | Amendment/ Modification of Contract | Bruce Dickstein and Linda Williams | | | |
| 169 | 705 | 707 | 7/28/1999 | Letter | Capt. Gregory Baxley | James Cain,Ban kruptcy Trustee | | |

Plaintiff's Exhibit List

*U.S. Fire Ins. Co. v. U,.S.*
No.: 03-2811C

| Pl. Ex.# | Beg. Doc.# | End.Doc.# | Docdate | Doctype | Author | Recip | Cc | Objection |
|---|---|---|---|---|---|---|---|---|
| 170 | 708 | 739 | 8/13/2001 | Letter with Calculation of Damages and Claim | David Dreifuss | Linda Williams | | Relevance |
| 171 | 740 | 742 | 9/9/2002 | Invoice of Eastern Electric | Luis Bolanos | Michael Spinelli | | |
| 172 | 743 | 744 | 7/2/2002 | Invoice No, 1 and Contract Progress Report | U.S.Fire | | | **Relevance** |
| 173 | 745 | 746 | 9/9/2002 | Contractor's Release | Luis Bolanos | | | Relevance |
| 174 | 747 | 749 | 11/15/2002 | Letter | Michael Spinelli | David Dreifuss | | **Hearsay** |
| 175 | 750 | 750 | 3/25/2003 | Letter | Michael Spinelli | Linda Williams | | |
| 176 | 751 | 755 | | Universal Bonding Printout of Claims Register | | | | Incomplete Document, Redacted |

| Pl. Ex.# | Beg. Doc.# | End.Doc.# | Docdate | Doctype | Author | Recip | Cc | Objection |
|---|---|---|---|---|---|---|---|---|
| 177 | 756 | 758 | 21-Jul-05 | Letter | Michael Spinelli | David Dreifuss | | Hearsay |
| 178 | 759 | 763 | 9/30/2005 | Letter | Michael Spinelli and Donald Kane | David Dreifuss | | Hearsay |

| Pl. Ex.# | Beg. Doc.# | End.Doc.# | Docdate | Doctype | Author | Recip | Cc | Objection |
|---|---|---|---|---|---|---|---|---|
| 179 | 764 | 804 | 3/4/2005 | Defendant's Response to Plaintiff's Interrogatories, Request for Admissions and Request for Production of Documents and Defendant's Responses to Request For Production of Documents and Other Tangible Things | Christian Moran | | | |
| 180 | 805 | 813 | 7/7/2005 | Def's Supplemental Response to Plaintiff's Interrogatories and Request for Production | Christian Moran | | | Includes additional documents |