IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-2811C<br>(Judge Horn) |

DEFENDANT'S STATEMENT REGARDING PLAINTIFF'S EXHIBIT LIST

Pursuant to the Court's order at the pre-trial conference on October 6, 2005, the parties were required to submit, among other documents, exhibit lists that included any objection by Friday, October 14, 2005 at noon. The United States is correcting the submission by United States Fire Ins. Co. of plaintiff's exhibit list. The version submitted initially contained minor clerical errors.

After the pre-trial conference, the parties attempted to cooperate with regard to filing the exhibit lists. Counsel for United States Fire Ins. Co., Mr. Dreifuss, provided plaintiff's exhibit list on Tuesday, October 11, 2005. Counsel for the United States, Mr. Moran, faxed handwritten changes, including objections, late in the day on Wednesday, October 12, 2005. Consistent with previous discussions between counsel, Mr. Moran requested that plaintiff add the objections to the current (electronic) version of plaintiff's list.

Apparently, there was some miscommunication, due in part to Mr. Dreifuss's absence from his office on Thursday, October 13,

2005 for Yom Kippur. Staff from Mr. Dreifuss's office began making the proposed changes on Friday, October 14, 2005. Although Mr. Moran received electronic version of plaintiff's exhibit list with defendant's objections shortly before the noon deadline, Mr. Moran did not have time to review the changes for accuracy.

When Mr. Moran returned to his office after participating in oral arguments in Hohnke v. United States, Fed. Cl. No. 04-497C, Mr. Moran noticed that certain changes were not made correctly. Mr. Moran made those changes and is submitting a new version of plaintiff's exhibit list.

Accordingly, please find enclosed a corrected version of plaintiff's exhibit list.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner by BMS
DONALD E. KINNER
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

Of Counsel:

CHRISTOPHER COLE
Attorney
Department of the Air Force
AFSLA/JACN
1501 Wilson Boulevard, Suite 606
Arlington, VA 22209-2403

October 14, 2005