Defendant' Exhibit List

| Def. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | Recip | Cc | Objections |
|---|---|---|---|---|---|---|---|---|
| 200 | 814 | 816 | 12/20/1994 | gov't estimate | | | | Relevance Foundation |
| 201 | 817 | 858 | 8/14/1995 | solicitation | | | | No Objection |
| 202 | 859 | 893 | 8/14/1995 | amendment | | | | No Objection |
| 203 | 894 | 895 | 9/14/1995 | Bid | Gothrie Short, Jr. | | | No Objection |
| 204 | 896 | 896 | 9/14/1995 | memo | Beth Ann Mendell | Robert Kline Scott Wilson | | Relevance |
| 205 | 897 | 910 | 10/26/1995 | Contract - Maps | | | | No Objection |
| 206 | 911 | 945 | 10/26/1995 | Contract - specifications | | | | No Objection |
| 207 | 946 | 977 | 10/26/1995 | Contract - specifications | | | | No Objection |
| 208 | 978 | 1016 | 10/26/1995 | Contract - specifications | | | | No Objection |
| 209 | 1017 | 1046 | 10/26/1995 | Contract - specifications | | | | No Objection |
| 210 | 1047 | 1057 | 3/28/1996 | Modification (P00001) | | | | No Objection |
| 211 | 1058 | 1115 | 4/9/1996 | Modification with supporting backup | | | | No Objection |

| Def. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | Recip | Cc | Objections |
|---|---|---|---|---|---|---|---|---|
| 212 | 1116 | 1170 | 5/20/1996 | Modification (P00002) | | | | No Objection |
| 213 | 1171 | 1172 | 7/3/1996 | memo | | | | Relevance Foundation |
| 214 | 1173 | 1174 | 7/13/1996 | Memo and progress report | Beth Ann Mendell | | | Relevance Foundation |
| 215 | 1175 | 1175 | 7/16/1996 | letter | Gothrie Short, Jr. | | | Relevance Foundation, Hearsay |
| 216 | 1176 | 1177 | 8/9/1996 | letter | Beth Ann Mendell | | | No Objection |
| 217 | 1178 | 1178 | 8/13/1996 | letter | Gothrie Short, Jr. | | | Hearsay Foundation |
| 218 | 1179 | 1179 | 8/27/1996 | letter | Gothrie Short, Jr. | G.Shockley | Beth Mendell | Relevance Hearsay foundation |
| 219 | 1180 | 1192 | 8/29/1996 | letter | Gothrie Short, Jr. | B.Mendell | | Relevance Hearsay foundation |
| 220 | 1193 | 1193 | 8/30/1996 | memo | Linda I. Williams | CE/CECC | | No Objection as to Gov't positionObjection to Tri-gems based on hearsay and Foundation |

Defendant' Exhibit List

| Def. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | Recip | Cc | Objections |
|---|---|---|---|---|---|---|---|---|
| 221 | 1194 | 1194 | 10/1/1996 | letter | Gothrie Short, Jr. | B.Mendell | | Foundation Hearsay |
| 222 | 1195 | 1195 | 10/2/1996 | letter | Beth Mendell | Tri-Gems | | No Objection |
| 223 | 1196 | 1200 | 12/17/1996 | Letter | Linda I. Williams | Tri-Gems | | No Objection |
| 224 | 1201 | 1201 | 12/27/1996 | letter | Gothrie Short, Jr. | Beth Ann Mendell | | Foundation Hearsay |
| 225 | 1202 | 1202 | 2/11/1997 | memo | Beth Ann Mendell | CE/CECC | | Foundation |
| 226 | 1203 | 1215 | 3/7/1997 | Modification (P00003) | CE/CECC | | | Foundation |
| 227 | 1216 | 1253 | 3/10/1997 | Modification (P00003) with backup | Gothrie Short, Jr.;Linda I. Williams | | | No Objection |
| 228 | 1254 | 1254 | 3/12/1997 | Letter | Linda I. Williams | | | No Objection |
| 229 | 1255 | 1257 | 3/13/1997 | Modification (P00004) | | | | No Objection |
| 230 | 1258 | 1304 | 3/20/1997 | Modification (P00004) with backup | Kathleen DeMito;Gothrie Short, Jr. | | | No Objection |

Defendant' Exhibit List

| Def. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | Recip | Cc | Objections |
|---|---|---|---|---|---|---|---|---|
| 231 | 1305 | 1305 | 4/1/1997 | letter | Kathleen DeMito | Tri-Gems | | No Objection |
| 232 | 1306 | 1306 | 4/10/1997 | letter | Debi Rutledge | Kathleen DeMito | Gothrie Short, Jr. | Foundation Hearsay |
| 233 | 1307 | 1308 | 4/10/1997 | progress schedule | Tri-Gems | | | No Objection |
| 234 | 1309 | 1310 | 4/14/1997 | Contract Progress Schedule | TriGems | Government | | No Objection |
| 235 | 1311 | 1324 | 4/23/1997 | memo | Steven Lyman | Craig King | | Relevance Foundation |
| 236 | 1325 | 1327 | 5/14/1997 | report | Chris Watt | | | Relevance Foundation |
| 237 | 1328 | 1334 | 8/13/1997 | Claim of Franklin Electric | Franklin Electric | Tri-Gems | U.S.Fire | Relevance Foundation Hearsay |
| 238 | 1335 | 1335 | 9/3/1997 | letter | Kathleen DeMito | Tri-Gems | | No Objection |
| 239 | 1336 | 1338 | 9/5/1997 | letter | Kathleen DeMito | U.S.Fire | | No Objection |

| Def. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | Recip | Cc | Objections |
|---|---|---|---|---|---|---|---|---|
| 240 | 1339 | 1339 | 10/22/1997 | letter | Kathleen DeMito | Tri-Gems | | Relevance Foundation |
| 241 | 1340 | 1345 | 10/28/1997 | letter Plus attachments | Kathleen DeMito | Gothrie Short, Jr. | | No Objection |
| 242 | 1346 | 1346 | 11/19/1997 | letter Plus attachments | Donald E. Bruce, Jr. | Gothrie Short, Jr. | William Ott | No Objection |
| 243 | 1347 | 1357 | 11/20/1997 | letter with attachments | Joseph S. Graci | Tri-Gems | | Relevance Foundation Hearsay |
| 244 | 1358 | 1358 | 11/24/1997 | letter | Gothrie Short, Jr. | Donald E. Bruce Jr. | | Relevance Foundation Hearsay |
| 245 | 1359 | 1359 | 12/10/1997 | letter | Donald E. Bruce, Jr. | TriGems | | Relevance Foundation Hearsay |
| 246 | 1360 | 1360 | 12/10/1997 | letter | Donald E. Bruce, Jr. | Donald E. Bruce, Jr. | | No Objection |

Defendant' Exhibit List

| Def. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | Recip | Cc | Objections |
|---|---|---|---|---|---|---|---|---|
| 247 | 1361 | 1364 | 3/18/1998 | letter | Donald Bruce | Gothrie Short, Jr. | U.S.Fire | Foundation Hearsay |
| 248 | 1365 | 1365 | 12/16/1997 | letter | Gothrie Short, Jr. | Donald E. Bruce, Jr. | | Relevance Foundation Hearsay |
| 249 | 1366 | 1366 | 12/16/1997 | letter( Withdrawn as Duplicate) | Gothrie Short, Jr. | Donald E Bruce | | Withdrawn |
| 250 | 1367 | 1368 | 1/13/1998 | letter | Thomas M. Keeley-Cain | Donald E Bruce | | Relevance Foundation Hearsay |
| 251 | 1369 | 1379 | 3/13/1998 | letter | James E. Sykes | Kathleen DeMito | | No Objection |
| 252 | 1380 | 1381 | 3/17/1998 | letter | Donald E. Bruce, Jr. | Tri-Gems | | No Objection |
| 253 | 1382 | 1383 | 3/17/1998 | letter | Thomas M. Keeley-Cain | Donald E Bruce | | Foundation Hearsay |
| 254 | 1384 | 1385 | 4/17/1998 | letter | Donald E. Bruce, Jr. | Tri-Gems | | No Objection |
| 255 | 1386 | 1386 | | Withdrawn | Donald E. Bruce, Jr. | Tri-Gems | | Withdrawn |

Defendant' Exhibit List

| Def. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | Recip | Cc | Objections |
|---|---|---|---|---|---|---|---|---|
| 256 | 1387 | 1388 | 5/13/1998 | letter | Vincent C. Miseo | Donald E Bruce | | No Objection |
| 257 | 1389 | 1396 | 5/19/1998 | Memorandum | Steven Lyman | | | No Objection |
| 258 | 1397 | 1405 | 5/19/1998 | memo | Steven Lyman | | | Relevance |
| 259 | 1406 | 1406 | 5/28/1998 | memo | Susan L. King | | | No Objection |
| 260 | 1407 | 1407 | 1/14/1999 | claim on bond | Bernadete Kearney | Vince Miseo | Donald Bruce | Revelance Foundation Hearsay |
| 261 | 1408 | 1410 | 2/17/1999 | letter | Donald E. Bruce, Jr. | Vince Miseo | | No Objection |
| 262 | 1411 | 1411 | 2/17/1999 | Fax Transmittal | Vincent C. Miseo | Donald Bruce | | No Objection |
| 263 | 1412 | 1412 | 3/11/1999 | letter | Donald E. Bruce, Jr. | Vince Miseo | | No Objection |
| 264 | 1413 | 1416 | 4/29/1999 | estimate | Brite-Way | | | Foundation; Hearsay |
| 265 | 1417 | 1418 | 6/8/1999 | letter | Donald E. Bruce, Jr. | Beth Ann Mendell | | No Objection |
| 266 | 1419 | 1420 | 11/4/1999 | pleading | Joseph A. McCormick | | | No Objection |

| Def. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | Recip | Cc | Objections |
|---|---|---|---|---|---|---|---|---|
| 267 | 1421 | 1423 | 4/27/2000 | Letter | Corlis I. Sellers | Kathleen DeMito | | No Objection |
| 268 | 1424 | 1424 | 5/23/2000 | demand on surety | Kathleen DeMito | U.S Fire | | No Objection |
| 269 | 1425 | 1427 | 5/26/2000 | Letter | David C. Dreifuss | Kathleen DeMito | | No Objection |
| 270 | 1428 | 1428 | 5/31/2000 | letter | Kathleen DeMito | E.Lopez-Mena | | No Objection |
| 271 | 1429 | 1429 | 5/31/2000 | letter | Kathleen DeMito | Vincent Miseo | | No Objection |
| 272 | 1430 | 1431 | 6/8/2000 | letter | Kathleen DeMito | David Dreifuss | | No Objection |
| 273 | 1432 | 1434 | 6/19/2000 | Letter | David C. Dreifuss | | | No Objection |
| 274 | 1435 | 1438 | 6/19/2000 | Letter (withdraw as Duplicate) | David C. Dreifuss | Kathleen DeMito | | Withdrawn |
| 275 | 1439 | 1440 | 6/23/2000 | Letter | David C. Dreifuss | Kathleen DeMito | | No Objection |
| 276 | 1441 | 1442 | 8/24/2000 | Eastern invoice | Rammco Surety | | | No Objection |
| 277 | 1443 | 1444 | 1/29/2001 | cover | | | | No Objection |
| 278 | 1445 | 1445 | 3/12/2001 | notice to proceed | Linda I. Williams | U.S.Fire | | No Objection |

Defendant' Exhibit List

| Def. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | Recip | Cc | Objections |
|---|---|---|---|---|---|---|---|---|
| 279 | 1446 | 1450 | 3/19/2001 | memo | Linda I. Williams | | | No Objection |
| 280 | 1451 | 1478 | 4/20/2001 | test report | Burlington Electric | Luis Bolanos | | Foundation Hearsay |
| 281 | 1479 | 1483 | 6/27/2001 | audit notes, payments | Diana Bunting | Gothrie Short, Jr. | | Foundation; based on Hearsay; relevance |
| 282 | 1484 | 1568 | 7/21/2001 | test report | Eastern Electric | Luis Bolanos | | Foundation Hearsay |
| 283 | 1569 | 1571 | 8/21/2001 | test report | Burlington Electric | | Luis Bolanos | Foundation Hearsay |
| 284 | 1572 | 1572 | 3/27/2002 | test | | | | Foundation Hearsay |
| 285 | 1573 | 1573 | 12/17/2003 | DFAS Vendor Pay Inquiry System | | | | No Objection |
| 286 | 1574 | 1578 | 12/10/2004 | report | Steven Lyman | Donald E. Bruce, Jr. | Gothrie Short, Jr. | Relevance Estoppel |

| Def. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | Recip | Cc | Objections |
|---|---|---|---|---|---|---|---|---|
| 287 | 1579 | 1580 | 06/00/1999 | letter | Donald E. Bruce, Jr. | Vince Miseo | | No Objection |
| 288 | 1581 | 1645 | various | Contract Progress Report | Beth Ann Mendell;Donald E. Bruce, Gothrie Short, Jr.Matthew D.Ward Ricardo Rodrguez | Gothrie Short, Jr. | | No Objection [except reserve the right to challenge accuracy of the contents] |
| 289 | 1646 | 1700 | various | summary and backup | | | | No Objection to first page;as to attachments same as 288 |
| 290 | 1701 | 1701 | | bid? | Eastern Electric | Gothrie Short, Jr. | Matthew D. Ward | Foundation Hearsay |
| 291 | 1702 | 1761 | | test report | Eastern Electric | | | Foundation Hearsay |

Defendant' Exhibit List

| Def. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | Recip | Cc | Objections |
|---|---|---|---|---|---|---|---|---|
| 292 | 1762 | 1762 | | Oversized Drawings | Steven Lyman | | | Relevance; Estoppel |
| 293 | 1763 | 1775 | | answers to discovery | U.S. Fire Ins. Co. | | | No Objection |
| 294 | 1776 | 1784 | | Daily Inspection Record | Matthew Ward | | | Stipulated |
| 295 | 1785 | 1813 | | Daily Inspection Record | Matthew Ward | | | Stipulated |
| 296 | 1814 | 1844 | | Daily Inspection Record | Matthew Ward | | | Stipulated |
| 297 | 1845 | 1848 | 2/8/2000 | Letter | | Kathleen DeMito and Beth Ann Mendell | | Relevance; Foundation |
| 298 | 1849 | 1859 | 12/8/1999 | Affidavit | Vince Miseo | | | No Objection |
| 299 | 1860 | 1865 | 8/14/1998 | pleading | Thomas M. Keeley-Cain | | | Foundation; Relevance; Hearsay |

Defendant' Exhibit List

| Def. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | Recip | Cc | Objections |
|---|---|---|---|---|---|---|---|---|
| 300 | 1866 | 1866 | 1/13/1999 | Letter | Thomas M. Keeley-Cain | Vince Miseo | | Foundation; Relevance; Hearsay |
| 301 | 1867 | 1867 | 12/23/2001 | Letter | Thomas M Keeley-Cain | Harlan Cohen | | Foundation; Relevance; Hearsay |
| 302 | 1868 | 1868 | 10/2/2000 | Letter | Harlan Cohen | Joseph Marchand | | No Objection |
| 303 | 1869 | 1882 | 11/24/1999 | Affidavit (extra letter) | Gothrie Short Jr. | | | Foundation; Relevance; Hearsay |
| 304 | 1883 | 1885 | 1/20/2000 | Affidavit | Vince Miseo | | | No Objection |
| 305 | 1886 | 1890 | 4/4/2000 | Letter | Griffin | Joseph Marchand | | Foundation; Relevance; Hearsay |
| 306 | 1891 | 1891 | 11/9/1999 | Letter | Thomas M Keeley-Cain | Vince Miseo | | Foundation; Relevance; Hearsay |
| 307 | 1892 | 1892 | 1/14/2001 | pleading | John A Casarow | | | Foundation; Relevance; Hearsay |

Defendant' Exhibit List

| Def. Ex. # | Begdoc# | Enddoc# | Docdate | Doctype | Author | Recip | Cc | Objections |
|---|---|---|---|---|---|---|---|---|
| 308 | 1893 | 1894 | 12/26/2000 | Letter | Harlan Cohen | Thomas M Keeley-Cain | | No Objection |
| 309 | 1895 | 1898 | 10/4/2000 | Letter | Harlan Cohen | | | Foundation; Relevance; Hearsay |
| 310 | 1899 | 1899 | 9/29/2000 | Letter (Extra letter) | Harlan Cohen | Joseph Marchand | | Foundation; Relevance; Hearsay |
| 311 | 1900 | 1903 | 10/28/1999 | pleading | Joseph A McCormick | Harlan Cohen | | Foundation; Relevance; Hearsay |
| 312 | 1904 | 1905 | 10/20/2000 | Letter | David Dreifuss | Kathleen DeMito | | No Objection |
| 313 | 1906 | 1906 | 12/18/2000 | Letter | Denise McLane | David Dreifuss | | No Objection |
| 314 | 1907 | 1908 | 12/18/2000 | Letter | David Dreifuss | Denise McLane | | No Objection |