# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **UNITED STATES FIRE INSURANCE COMPANY,** | * | |
| **Plaintiff,** | * | **No. 03-2811C** |
| | * | **Filed: October 28, 2005** |
| **v.** | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court took evidence during a trial in the above-captioned case from October 24 - 27, 2005, in the National Courts Building, Washington, DC. After discussion with the parties, the court establishes the following post-trial briefing **SCHEDULE**. On or before **Tuesday, January 17, 2006**, plaintiff shall file its opening brief. On or before **Friday, February 17, 2006**, defendant shall file its response brief. On or before **Friday, March 3, 2006**, plaintiff shall file its reply brief. Oral argument will be scheduled once the post-trial briefing is complete.

Also as discussed with the parties, the briefs shall cite to page and line numbers in the trial transcript, and to trial exhibit numbers, Bates page numbers, section and paragraph numbers, in order to facilitate identification of the cited material. FAR clauses shall include the date of the FAR clause itself. FAR citations shall include the date of the applicable FAR volume. Citations to statutes shall include the date of the statutes. Acronyms and technical concepts shall be explained in the briefs. Citation to the revised joint stipulation of facts shall include page and paragraph numbers, as well as further citation to the supporting trial exhibit.

**IT IS SO ORDERED.**

**s/ Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**