# In the United States Court of Federal Claims

**03-2811C**

**Filed: November 29, 2005**

**UNITED STATES FIRE INSURANCE CO.**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (four volumes)**
**Held in Washington, D.C.**
**October 24-27, 2005**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.