IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2811C |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of MICHAEL O'CONNELL as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

MICHAEL O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/ Michael O'Connell

Michael O'Connell
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-0282
Fax: (202) 514-8624

January 12, 2006

Certificate of Filing

I hereby certify that on January 12, 2006, a copy of the foregoing notice of appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell