# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | No. 03-2811C (Judge Horn) |
| UNITED STATES, | : | |
| Defendant. | : | |

PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE POST TRIAL BRIEF

Plaintiff, the United States Fire Insurance Company, respectfully requests an enlargement of time within which to file and serve its post trial brief. The United States Fire Insurance Company respectfully requests that the Court extend the date for filing until January 31, 2006. We notified Defendant's counsel of our intent to request an enlargement of time, and he informed us that the Defendant would consent.

The date on which the Plaintiff's post-trial brief is due is currently January 17, 2006. On or about January 6, 2006 we where contacted by the Defendant to advise that counsel for the Defendant, Christian Moran, would be leaving the Department of Justice to become a special master for the Federal Court of Claims and inquired whether we would be seeking an enlargement of time which would help the Government because it's brief would be due later than February 17. We had reason to believe that the Government itself would be requesting an extension of time. Based upon this conversation, we did not finalize our brief.

In addition, I had some health issues that arose with a child of mine that required me to be out of the office for a considerable amount of time over the past month or so. Therefore, I welcomed the additional time.

On January 11, 2006 we received a call from the Government advising that they no longer need an adjournment. Therefore, we are filing this motion to request an additional two (2) weeks to which the Government has consented.

For the foregoing reasons, Plaintiff respectfully requests that this motion be granted, and the time within which the Plaintiff shall file its post trial brief be enlarged until January 31, 2006, with the deadlines for the Defendant's brief and our reply also extended so as to maintain the same duration for each as the current schedule.

Respectfully submitted,

DREIFUSS BONACCI & PARKER, LLP
Attorney for Plaintiff,
United States Fire Insurance Company

By: ____s/______________________________
DAVID C. DREIFUSS

Dated: January 13, 2006