# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**UNITED STATES FIRE INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * *

**No. 03-2811C**
**Filed: January 13, 2006**

## O R D E R

The court is in receipt of the plaintiff's January 13, 2006, unopposed motion for an enlargement of time of fourteen days, to and including January 31, 2006, within which to file its post-trial brief. The court **GRANTS** the plaintiff's motion, and amends the briefing schedule as follows: on or before **Tuesday, January 31, 2006**, plaintiff shall file its opening brief. On or before **Friday, March 3, 2006**, defendant shall file its response brief. On or before **Friday, March 17, 2006**, plaintiff shall file its reply brief. The court **SCHEDULES** closing argument for **Wednesday, April 19, 2006, at 11:00 a.m. EST**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. The parties shall appear in person. The courtroom number will be posted on the day of the closing argument.

As previously noted by the court, the parties' briefs shall cite to page and line numbers in the trial transcript, and to trial exhibit numbers, Bates page numbers, section and paragraph numbers, in order to facilitate identification of the cited material. FAR clauses shall include the date of the applicable FAR clause itself. Other FAR citations shall include the date of the applicable FAR volume. Citations to statutes shall include the date of the applicable statutes. Acronyms and technical concepts shall be explained in the briefs. Citation to the revised joint stipulation of facts shall include page and paragraph numbers, as well as further citation to the supporting trial exhibit.

**IT IS SO ORDERED.**

**s/ Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**