# In The United States Court of Federal Claims

| | |
|---|---|
| **UNITED STATES FIRE INSURANCE COMPANY,** <br> **Plaintiff,** <br> **v.** <br> **UNITED STATES,** <br> **Defendant.** | **No. 03-2811C** <br> **Filed: February 2, 2006** |

## O R D E R

The court is in receipt of the plaintiff's opening brief, filed electronically on January 31, 2006. The clerk's office initiated a deficiency memorandum, noting that the signature block on the filing does not resemble the one, e.g., on this order, but only has the "s/" without the attorney of record's name on the same line. On or before **Thursday, February 9, 2006**, plaintiff's attorney of record shall file a notice, electronically, and properly executed, reflecting adoption of the plaintiff's January 31, 2006 opening brief. Both parties shall be vigilant in this regard on future filings.

**IT IS SO ORDERED.**

**s/Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**