**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | : | No. 03-2811C<br>(Judge Horn) |

PLAINTIFF'S NOTICE OF ADOPTION OF POST TRIAL BRIEF FILED ON JANUARY 31, 2006

Plaintiff, the United States Fire Insurance Company, hereby adopts the opening brief filed electronically on January 31, 2006 which included the incorrect electronic signature of the undersigned.

For the foregoing reasons, Plaintiff respectfully requests that the court accept the opening brief.

Respectfully submitted,

DREIFUSS BONACCI & PARKER, LLP
Attorney for Plaintiff,
United States Fire Insurance Company

By: ____s/David C. Dreifuss____________
DAVID C. DREIFUSS

Dated: February 2, 2006