# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **UNITED STATES FIRE INSURANCE COMPANY,** | * | |
| | * | |
| **Plaintiff,** | * | **No. 03-2811C** |
| | * | **Filed: April 20, 2006** |
| **v.** | * | |
| | * | |
| **UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court held closing argument in the above-captioned case on April 19, 2006. The parties are to be commended for their post-trial briefing and argument. As indicated at the hearing, plaintiff intends to withdraw its claim that the government had caused the work in question to exceed the penal sum of the performance bond. A short notice so indicating shall be filed with the court, on or before **Friday, April 28, 2006**. Furthermore, on or before **Friday, May 19, 2006**, the parties shall simultaneously file supplemental briefs, with specific page and paragraph citations to the record, analyzing the inputs to the contracting officer from Tri-Gems, Air Force inspectors and any other sources, on the amounts of progress payments sought by and issued to the contractor, with a discussion of how the inputs shaped the contracting officer's progress payments decisions.

**IT IS SO ORDERED.**

**s/Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**