**DREIFUSS BONACCI & PARKER, LLP**
ATTORNEYS AT LAW

David C. Dreifuss (NJ)
JoAnne M. Bonacci (NJ & PA)
Ronald I. Parker (NJ & NY)
Bruce Dickstein (NJ & NY)

Lisa Kaplan (NJ)
*Of Counsel*

Derek A. Popeil (NJ & NY)
Paul H. Mandal (NJ & NY)
Guido S. Weber (NJ, NY, DC & PA)
George Christopoulos (NJ & NY)
Gary Strong (NJ & NY)
Monika S. Pundalik (NJ)
Eli J. Rogers (NJ & NY)

26 Columbia Turnpike
*North Entrance*
Florham Park, New Jersey 07932

(973) 514-1414
Telefax (973) 514-5959

Writer's E-mail Address:
*ddreifuss@dbplawfirm.com*

One Penn Plaza
36th Floor
New York, New York 10119
(212) 835-1514

1500 Market Street
12th Floor
East Tower
Philadelphia, Pennsylvania 19102

***Please reply to New Jersey Office***

April 20, 2006

VIA EMAIL
The Honorable Marian Blank Horn
United States Court of Federal Claims
717 Madison Place, N.W.
Washington, D.C. 20005

RE: *United States Fire Insurance Company v. The United States*
No. 03-2811C

Dear Judge Horn:

This is to confirm my statement in the closing argument that the plaintiff is no longer pursuing that portion of its claim allegedly attributable to the change orders granted by the Government causing the final price to exceed the penal sum of the bond. The plaintiff continues to pursue all aspects of its overpayment claim.

Thank you.

Respectfully,

By: s/David C. Dreifuss
DAVID C. DREIFUSS

DCD/rg
G:\FPDATA\Clients\Universal Bonding-Lumbermens\TRIGEMS\FEDERAL CLAIMS\Judge Horn2.doc
cc: Michael O'Connell, Esq.