IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2811C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR RECONSIDERATION OF THE COURT'S APRIL 20, 2006 ORDER

Pursuant to Rules 1 and 59(a)(1) of the Rules of the United States Court of Federal Claims, defendant respectfully requests that the Court reconsider its April 20, 2006 order directing the parties to file simultaneous supplemental briefs analyzing progress payments. The Court's order will allow U.S. Fire Insurance Company to supplement the record with an analysis that it failed to present at trial or in its post trial brief. We will provide a further analysis of the progress payments that were made to U.S. Fire, however, defendant will be prejudiced if it does not have the opportunity to respond to U.S. Fire's analysis. Had U.S. Fire presented such an analysis during trial, defendant would have had the opportunity to cross examine witnesses presenting such an analysis and to rebut the analysis with testimony or other evidence. Even if U.S. Fire had presented such an analysis for the first time in its post trial brief, defendant would have had the opportunity to respond to it in defendant's post trial brief. Thus, U.S. Fire's failure to present sufficient evidence to carry its burden of proof will enure to its benefit, because the supplemental briefing will deprive defendant of its right to respond.

Accordingly, defendant respectfully requests that the Court order U.S. Fire to file its brief first, and grant defendant at least two weeks to respond to U.S. Fire's brief.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor,
1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0282
Fax (202) 514-8624

OF COUNSEL:

CHRISTOPHER S. COLE
AFLSA/JACN
1501 Wilson Boulevard
Arlington, VA 22209-2403

WILLIAM M. LACKERMANN, JR.
Air Force Materiel Command
Law Office
Wight-Patterson Air Force Base
Dayton, OH

April 24, 2006

Certificate of Filing

I hereby certify that on April 24, 2006, a copy of the foregoing notice of motion was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell