# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**UNITED STATES FIRE INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * *

**No. 03-2811C**
**Filed: April 25, 2006**

## O R D E R

The court is in receipt of the defendant's April 24, 2006 motion for reconsideration of the court's April 20, 2006 order, which directed the parties to file simultaneous briefs analyzing progress payments. The arguments underlying the defendant's motion ideally should have been made at the conclusion of the April 19, 2006 oral argument, when a progress payments analysis was being discussed and the schedule for filing an analysis was being set. Nevertheless, the defendant's point involving the need for a reply is well taken, and the defendant's motion is, therefore, **PARTIALLY GRANTED**. As indicated in the court's order of April 20, 2006, on or before **Friday, May 19, 2006**, the parties shall simultaneously file supplemental briefs, with specific page and paragraph citations to the record, analyzing the inputs to the contracting officer from Tri-Gems, Air Force inspectors and any other sources, on the amounts of progress payments sought by and issued to the contractor, with a discussion of how the inputs shaped the contracting officer's progress payments decisions. Then, on or before **Friday, June 2, 2006**, both parties shall file simultaneous replies.

The court also is in receipt of an April 20, 2006 letter from the plaintiff, indicating that the plaintiff is no longer pursuing its claim that the government had caused the work in question to exceed the penal sum of the performance bond. The court, however, does not normally receive filings in letter format. See RCFC 10. Therefore, for purposes of uniformity, on or before **Friday, May 19, 2006** plaintiff shall file, electronically, in a notice format with court caption rather than letter format, its decision to withdraw the claim that the government caused the final price to exceed the penal sum of the bond.

**IT IS SO ORDERED.**

**s/Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**