**DREIFUSS BONACCI & PARKER, LLP**
26 Columbia Turnpike
Florham Park, New Jersey 07932
Phone (973) 514-1414
Fax (973) 514-5959
*Attorneys for Plaintiff United States*
*Fire Insurance Company*

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 03-2811C<br>(Judge Horn) |

**NOTICE OF WITHDRAWAL OF PORTION OF PLAINTIFF'S CLAIM**

PLEASE TAKE NOTICE that United States Fire Insurance Company hereby withdraws that portion of its claim alleging the claim that the Government caused the final price to exceed the penal sum of the Bond. The plaintiff continues to pursue all other aspects of its overpayment claim.

Dated: May 11, 2006

Respectfully submitted,

s/David C. Dreifuss
DAVID C. DREIFUSS