# In the United States Court of Federal Claims

**No. 03-2811 C**

**UNITED STATES FIRE INSURANCE COMPANY,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed September 12, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant and the complaint is dismissed with prejudice. Each party shall bear its own costs.

Brian Bishop
Clerk of Court

**September 14, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.